# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-05774-AT |
| | ) |
| NANCY ZAK, | ) |
| CLAUD CLARK III, | ) |
| ECOVEST CAPITAL, INC., | ) |
| ALAN N. SOLON, | ) |
| ROBERT M. MCCULLOUGH, | ) |
| RALPH R. TEAL JR., | ) |
| | ) |
| Defendants. | ) |

## CLAUD CLARK'S MOTION TO DISMISS

Claud Clark moves to dismiss all but one count of the complaint. Specifically, he asks the Court to dismiss Counts I, III, IV, and V, insofar as they relate to him, under Rule 12(b)(6) of the Federal Rules of Civil Procedure and other authorities.

Clark also respectfully requests a hearing, primarily to discuss why he is not a tax return preparer within the meaning of 26 U.S.C. § 6694. Sae Jin Yoon[1] of

---

[1] An application for admission pro hac vice for Ms. Yoon is forthcoming.

Caplin & Drysdale, who has been practicing law for less than five years, will be chiefly responsible for oral argument.

Respectfully submitted this 26th day of March, 2019.

        KHAYAT LAW FIRM

        /s/ Robert C. Khayat, Jr.
        ROBERT C. KHAYAT, JR.
        75 Fourteenth Street, N.E., Suite 2750
        Atlanta, Georgia 30309
        Telephone: (404) 978-2750
        Facsimile: (404) 978-2901
        rkhayat@khayatlawfirm.com
        Georgia Bar No. 416981

        MATTHEW C. HICKS
        Caplin & Drysdale, Chartered
        One Thomas Circle, NW, Suite 1100
        Washington, DC 20005
        Telephone: (202) 862-7852
        Facsimile: (202) 429-3301
        mhicks@capdale.com
        (*pro hac vice* application pending)

        ROSS R. SHARKEY
        Caplin & Drysdale, Chartered
        One Thomas Circle, NW, Suite 1100
        Washington, DC 20005
        Telephone: (202) 862-7845
        Facsimile: (202) 429-3301
        rsharkey@capdale.com
        (*pro hac vice* application pending)

*Counsel for Defendant Claud Clark III*

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing *Claud Clark's Motion to Dismiss* has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt. font.

/ s/ Robert C. Khayat, Jr.
Robert C. Khayat, Jr.
Georgia Bar No. 416981

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2019 I electronically filed the foregoing **CLAUD CLARK'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Neeli Ben-David<br>Erin R. Hines<br>Office of the United States<br>Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>Neeli.ben-david@usdoj.gov<br>Erin.r.hines@usdoj.gov | Benjamin John Razi<br>Sean Akins<br>Marianna F. Jackson<br>Nicholas Pastan<br>Covington & Burling, LLP−D.C.<br>850 Tenth Street, NW<br>One City Center<br>Washington, DC 20001<br>brazi@cov.com<br>sakins@cov.com<br>mjackson@cov.com<br>npastan@cov.com |
| Samuel Fenn Little, Jr.<br>S. Fenn Little, Jr. P.C.<br>1490 Mecaslin Street, NW<br>Atlanta, GA 30309<br>fennlaw@fennlittle.com | Matthew Frank Miller<br>The Law Office of Matthew F, Miller<br>P.O. Box 1960<br>1986 Tucker Industrial Road<br>Tucker, GA 30046<br>matt@mfmlawoffice.com |

| | |
|---|---|
| Thomas T. Tate | Matthew D. Lerner |
| Elizabeth L. Clack−Freeman | Sidley Austin, LLP−DC |
| Andersen, Tate & Carr, P.C. | 1501 K Street, NW |
| One Sugarloaf Centre, Suite 4000 | Washington, DC 20005 |
| 1960 Satellite Boulevard | mlerner@sidley.com |
| Duluth, GA 30097 | |
| ttate@atclawfirm.com | |
| lcfreeman@atclawfirm.com | |

This 26th day of March, 2019.

s/ Robert C. Khayat, Jr.
Robert C. Khayat, Jr.
Georgia Bar No. 416981

*Counsel for Defendant*
*Claud Clark, III*
