# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05774-AT
## United States v. Zak et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 04/30/2021.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 2:35 P.M.  COURT REPORTER: Shannon Welch
TIME IN COURT: 1:32  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Eric Aberg representing United States
Sean Akins representing Ecovest Capital, Inc.
Niles Elber representing Claud III Clark
Amee Frodle representing Ecovest Capital, Inc.
Carlos Gonzalez representing Carlos A. Gonzalez
Erin Hines representing United States
Robert Khayat representing Claud III Clark
Kandyce Korotky representing Ecovest Capital, Inc.
Matthew Miller representing Ecovest Capital, Inc.
Nicholas Pastan representing Ecovest Capital, Inc.
Harris Phillips representing United States
Benjamin Razi representing Ecovest Capital, Inc.
Beatriz Saiz representing United States
Ross Sharkey representing Claud III Clark
Thomas Vanaskie representing United States

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);
MINUTE TEXT: See Transcript
HEARING STATUS: Hearing Concluded