IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:18-cv-5774-AT |
| NANCY ZAK, *et al*, | : : | |
| Defendants. | : : : : : : | |

## **ORDER SETTING BENCH TRIAL**

Presently before the Court is the parties Joint Motion for Trial Date [Doc. 323]. The Court **GRANTS** the motion and hereby sets the above case for trial beginning on Monday, April 17, 2023, at 9:30 AM in Courtroom 2308. The pretrial conference is set for April 12, 2023, at 10:30 AM in Courtroom 2308. Motions in Limine are due by March 15, 2023, and responses are due by March 29, 2023. Additionally, the Court approves the parties proposed Summary Judgment briefing schedule. Motions for Summary Judgment shall be filed and responses and replies fully briefed so that the motions can be submitted to the Court for resolution on or before March 30, 2022.

The parties should be prepared to provide the Courtroom Deputy Clerk with three (3) copies of your respective exhibit and witness lists at the start of trial for

use by the Judge, Court Reporter, and Courtroom Deputy Clerk.  Each party should also provide a courtesy copy of all exhibits for the Judge's use during trial, preferably in an appropriately labeled notebook provided on the first day of trial. The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning the pre-marking of exhibits.  The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Please refer to Judge Totenberg's Guidelines to Parties and Counsel at http://www.gand.uscourts.gov/case-prep-judge-totenberg for information regarding the pretrial conference, voir dire, and courtroom technology.  Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk.  The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three (3) days in advance of trial, to allow time for proper notification to the US Marshals Service.

**IT IS SO ORDERED** this 7th day of September, 2021.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**