UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-05774-AT ) |
| NANCY ZAK, et al. | ) ) |
| Defendants. | ) ) ) |

**ORDER AMENDING DISCOVERY PLAN AND**
**CASE MANAGEMENT SCHEDULE**

This matter comes before the Court on the parties' Joint Motion to Amend the Discovery Plan and Case Management Schedule. (*See* Doc. __ ("Joint Motion").) In their Joint Motion, the parties move for an order (1) extending the current deadline for completion of rebuttal expert reports by an additional 50 days, and (2) extending the current deadline for completion of expert discovery by an additional 38 days after exchange of rebuttal expert reports. In the Joint Motion, Defendants contend that there is a compelling need for the enlargement of time sought by the motion, and Plaintiff does not oppose the requested enlargement.

ACCORDINGLY, for good cause shown and because there is a compelling need for the Discovery Plan modifications requested in the parties' Joint Motion:

The Joint Motion is GRANTED; and it is further

ORDERED that the Discovery Plan and Case Management Schedule adopted and approved by the Court by order dated October 30, 2020 (*see* Doc. 213-2, 223) ("Discovery Plan") and amended on April 12, 2021 and July 1, 2021 (*see* Doc. 270 and Docket Only Order dated July 1, 2021) is further AMENDED in that the following dates shall now govern the discovery events and deadlines set forth in the table below:

| Event | Current Deadline (see 7/1/21 docket entry) | Proposed Adjusted Deadline |
|---|---|---|
| Disclosure of rebuttal experts and rebuttal expert reports due | September 22, 2021 | November 10, 2021 |
| Close of expert discovery | October 19, 2021 | January 14, 2022 |
| Deadline for summary judgment motions | November 10, 2021 | February 15, 2022 |
| Deadline for *Daubert* motions | November 10, 2021 | March 15, 2022 |
| Deadline for responses to summary judgment and Daubert motions | -- -- | 28 days after filing of respective motion |
| Deadline for replies to responses to summary judgment and Daubert motions | -- -- | 14 days after filing of response to respective motion |

and it is further

ORDERED that to the extent any provision of the Discovery Plan is not inconsistent with this order, it shall remain in full force and effect and shall govern the remainder of discovery in this case.

It is so ordered this 10th day of September 2021.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE