IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:18-cv-5774-AT |
| ECOVEST CAPITAL, INC., et al., | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

Upon review of the parties' Joint Motion for Entry of a Scheduling Order on Claud Clark, III's Amended Counterclaim (Doc. 345), the Court hereby enters the following Scheduling Order with respect to Defendant Clark's Counterclaim:

- Formal discovery, including both fact discovery and expert discovery, shall commence on **February 22, 2022**.

- All discovery shall conclude on **June 22, 2022**.

- Motions for summary judgment and *Daubert* motions are due by **July 22, 2022.**

**IT IS SO ORDERED** this 11th day of February, 2022.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**