UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-05774-AT |
| | ) | |
| ECOVEST CAPITAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF ERIC M. ABERG**

Pursuant to 28 U.S.C. § 1746, I, Eric M. Aberg, declare that:

1.      I am employed as a trial attorney with the Tax Division of the United States Department of Justice. As part of my duties, I have been assigned to represent the United States in this action.

2.      I have personal knowledge of the facts set forth in this declaration.

3.      This declaration is submitted in connection with the United States' Statement of Undisputed Material Facts that are being submitted with its Motion for Partial Summary Judgment.

4.      **Exhibit 36** submitted with this declaration is an email chain (with bates numbers ECOVEST-DOJ_1069964 to ECOVEST-DOJ_1069965) that contains an email to Adam Lloyd dated November 4, 2016. It is a true and correct

copy of a document that counsel for the EcoVest Parties[1] produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

5.     **Exhibit 64** submitted with this declaration are Defendant Robert M. McCullough's ("McCullough") Objections and Responses (with bates numbers USPROD-0331687 to USPROD-0331708) to the United States' First Set of Interrogatories issued to him in this case. Counsel for the EcoVest Parties served these Objections and Responses on the United States on July 2, 2020.

6.     **Exhibit 90** submitted with this declaration is an email (with bates number ARKADIOS_029355) from Michael J. Sievert, CFP, dated August 1, 2018. It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Arkadios Capital in this case, except that the document has been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02. Exhibit 1422 (also submitted with this declaration) is a business records declaration regarding documents provided by Arkadios Capital, including the document marked as Exhibit 90.

---

[1]     The "EcoVest Parties" are Defendants EcoVest Capital, Inc., Alan N. Solon, Robert M. McCullough, and Ralph R. Teal, Jr.

2

7.     **Exhibit 164B** submitted with this declaration states it is the

"Manager's Analysis and Recommendation" (with bates numbers ECOVEST-

DOJ_0485809 to ECOVEST-DOJ_0485814) to members of Hickory Preserve

Holdings, LLC, dated November 13, 2014. It is a true and correct copy of a

document that counsel for the EcoVest Parties produced to the United States on

February 14, 2020, in response to document requests that the United States issued

in this case.

8.     **Exhibit 257** submitted with declaration states that it is a memorandum

(with bates numbers Strategic Financial Alliance 032651 to Strategic Financial

Alliance 032653) from attorney James M. Sack, Esq., to Defendant Alan N. Solon

("Solon"), with copy to Defendant Ralph R. Teal, Jr. ("Teal"), dated May 2, 2012.

It is a true and correct copy of a document that the United States received in

response to a document subpoena issued to The Strategic Financial Alliance, Inc.

in this case. Exhibit 1423 (also submitted with this declaration) is a business

records declaration regarding documents provided by The Strategic Financial

Alliance, Inc., including the document marked as Exhibit 257.

9.     **Exhibit 271** submitted with this declaration is an email chain (with

bates numbers ECOVEST-DOJ_0689716 to ECOVEST-DOJ_0689718) that

contains an email from attorney Bill Sylvester dated May 22, 2014. It is a true and

3

correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

10.     **Exhibit 272** submitted with this declaration are Teal's Objections and Responses (with bates numbers USPROD-0331732 to USPROD-0331768) to the United States' First Set of Interrogatories issued to him in this case. Counsel for the EcoVest Parties served these Objections and Responses on the United States on July 2, 2020. They have been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

11.     **Exhibit 382** submitted with this declaration states it is the "Manager's Analysis" (with bates number ECOVEST-DOJ_0012482 to ECOVEST-DOJ_0012488) to members of Sanibel Resort Holdings, LLC, dated December 2, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

12.     **Exhibit 433** submitted with this declaration is an email chain (with bates number CC_DOJLIT000348315) that contains emails from Jed Linsider and Defendant Claud Clark III ("Clark") dated May 24, 2016. It is a true and correct

copy of a document that counsel for Clark produced to the United States on May 4, 2020, in response to document requests that the United States issued in this case.

13.     **Exhibit 434** submitted with this declaration states that it is an agenda (with bates numbers ECOVEST-DOJ_1035892 to ECOVEST-DOJ_1035894) for a "Due Diligence Conference" held March 15-16, 2017. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

14.     **Exhibit 435** submitted with this declaration is an email (with bates numbers CC_DOJLIT000344638 to CC_DOJLIT000344639) from Clark dated January 24, 2017. It is a true and correct copy of a document that counsel for Clark produced to the United States on May 4, 2020, in response to document requests that the United States issued in this case.

15.     **Exhibit 444** submitted with this declaration is an email (with bates number CC_DOJLIT000344627) from Clark dated January 27, 2017. It is a true and correct copy of a document that counsel for Clark produced to the United States on May 4, 2020, in response to document requests that the United States issued in this case.

16.     **Exhibit 460** submitted with this declaration is an email (with bates number CC_DOJLIT000347884) from Clark to Solon dated July 18, 2014. It is a true and correct copy of a document that counsel for Clark produced to the United States on May 4, 2020, in response to document requests that the United States issued in this case.

17.     **Exhibit 562** submitted with this declaration states that it is a Purchase Agreement (with bates numbers ECOVEST-DOJ_0000753 to ECOVEST-DOJ_0000786) between SLF IV/SBI JV, LLC and Azalea Bay Resort Holdings, LLC executed February 27, 2015, regarding 269.41 acres of land in Horry County, South Carolina.  It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

18.     **Exhibit 563** submitted with this declaration states that it is a Private Placement Memorandum (with bates numbers ECOVEST-DOJ_0000001 to ECOVEST-DOJ_0000348) for the Azalea Bay Resort project dated June 1, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case, except that the document has been

6

partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

19.     **Exhibit 604B** submitted with this declaration states that it is a memorandum (with bates number ECOVEST-DOJ_1039586 to ECOVEST-DOJ_1039588) from Larry Kohler to Solon, Teal, Adam Lloyd, McCullough, and Jed Linsider dated January 10, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

20.     **Exhibit 620** submitted with this declaration states that it is a Purchase Agreement (with bates numbers ECOVEST-DOJ_0008359 to ECOVEST-DOJ_0008399) between Christian Academy and Cypress Cove Marina Holdings, LLC executed June 8, 2015, regarding 28.04 acres of land in Horry County, South Carolina.  It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

21.     **Exhibit 632B** submitted with this declaration states that it is a "EcoVest Capital, Inc. Strategic Business Plan" (with bates numbers ECOVEST-DOJ_0438907 to ECOVEST-DOJ_0438923) dated June 15, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the

United States on February 14, 2020, in response to document requests that the United States issued in this case.

22.   **Exhibit 648** submitted with this declaration is an email (with bates number CC_DOJLIT000351678) from Clark dated June 28, 2013. It is a true and correct copy of a document that counsel for Clark produced to the United States on January 23, 2021, in response to document requests that the United States issued in this case.

23.   **Exhibit 649** submitted with this declaration states that it is an "Operational Due Diligence Report" regarding Defendant EcoVest Capital, Inc. ("EcoVest") (with bates numbers ECOVEST-DOJ_1192319 to ECOVEST-DOJ_1192369) prepared by FactRight LLC and dated August 15, 2017. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

24.   **Exhibit 755** submitted with this declaration states that it is a Private Placement Memorandum (with bates numbers ECOVEST-DOJ_0072627 to ECOVEST-DOJ_0072975) for the Arcadian Quay project dated September 21, 2016. It is a true and correct copy of a document that counsel for the EcoVest

Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

25.    **Exhibit 1182** submitted with this declaration states it is the "Manager's Analysis" (with bates number ECOVEST-DOJ_0046922 to ECOVEST-DOJ_0046928) to members of Myrtle West Resort Holdings, LLC, dated September 27, 2016. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

26.    **Exhibit 1362** that is submitted with this declaration is an email chain (with bates number CIBI-104788) that contains an email from Pat McQueen dated September 28, 2012.  It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Capital Investment Brokerage, Inc. in this case. Exhibit 1367 (also submitted with this declaration) is a business records declaration regarding documents provided by Capital Investment Brokerage, Inc., including the document marked as Exhibit 1362.

27.    **Exhibit 1363** that is submitted with this declaration is an email chain (with bates numbers TRILOMA0626276 to TRILOMA0626277) that contains an email from McCullough dated December 15, 2017.  It is a true and correct copy of a document that the United States received in response to a document subpoena

issued to Triloma Securities, LLC in this case. Exhibit 1366 (also submitted with this declaration) is a business records declaration regarding documents provided by Triloma Securities, LLC, including the document marked as Exhibit 1363.

28.    **Exhibit 1364** that is submitted with this declaration is an email chain (with bates number TRILOMA1508238) that contains an email from Pat McQueen on April 9, 2018.  It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Triloma Securities, LLC in this case.  Exhibit 1366 (also submitted with this declaration) is a business records declaration regarding documents provided by Triloma Securities, LLC, including the document marked as Exhibit 1364.

29.    **Exhibit 1366** that is submitted with this declaration contains a true and correct copy of a declaration from Triloma Securities, LLC regarding documents produced in response to a document subpoena that the United States issued in this case.

30.    **Exhibit 1367** submitted with this declaration contains a true and correct copy of a declaration from Capital Investment Brokerage, Inc. regarding documents produced in response to a document subpoena that the United States issued in this case.

31.     **Exhibit 1368** submitted with this declaration contains a true and correct copy of a declaration from Arque Capital, Ltd. regarding documents produced in response to a document subpoena that the United States issued in this case.

32.     **Exhibit 1369** submitted with this declaration states it is the "Manager's Analysis" (with bates number ECOVEST-DOJ_0001091 to ECOVEST-DOJ_0001097) to members of Azalea Bay Resort Holdings, LLC, dated September 4, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

33.     **Exhibit 1370** submitted with this declaration is true and correct excerpts from the United States' deposition of Adam Lloyd that took place on March 4, 2020, in this case.

34.     **Exhibit 1371** submitted with this declaration states that it is a letter (with bates numbers ECOVEST-DOJ_0001165 to ECOVEST-DOJ_0001167) from McCullough to financial advisors dated March 17, 2016, regarding the Azalea Bay Resort project. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

11

35.    **Exhibit 1372** submitted with this declaration states that it is a letter
(with bates numbers ECOVEST-DOJ_0034091 to ECOVEST-DOJ_0034093)
from McCullough to financial advisors dated March 30, 2016, regarding the South
Bay Cove project. It is a true and correct copy of a document that counsel for the
EcoVest Parties produced to the United States on May 3, 2019, in response to
document requests that the United States issued in this case.

36.    **Exhibit 1373** submitted with this declaration states that it is a letter
(with bates numbers ECOVEST-DOJ_0073910 to ECOVEST-DOJ_0073912)
from McCullough to financial advisors dated April 4, 2017, regarding the Arcadian
Quay project. It is a true and correct copy of a document that counsel for the
EcoVest Parties produced to the United States on May 3, 2019, in response to
document requests that the United States issued in this case.

37.    **Exhibit 1374** submitted with this declaration states that it is a letter
(with bates numbers ECOVEST-DOJ_0190381 to ECOVEST-DOJ_0190383)
from McCullough to financial advisors regarding the Neuse Harbor project. It is a
true and correct copy of a document that counsel for the EcoVest Parties produced
to the United States on May 9, 2019, in response to document requests that the
United States issued in this case.

38.   **Exhibit 1375** submitted with this declaration states that it contains entity organization charts for EcoVest (with bates numbers ECOVEST-DOJ_1204135 to ECOVEST-DOJ_1204145) and its related entities for the years 2012 through 2018. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case, except that the document has been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

39.   **Exhibit 1376** submitted with this declaration states that it is a letter agreement (with bates numbers ECOVEST-DOJ_1549467 to ECOVEST-DOJ_1549470) entered into between EcoVest and Triloma Financial Group, LLC, and dated February 19, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on March 12, 2020, in response to document requests that the United States issued in this case.

40.   **Exhibit 1377** submitted with this declaration states that it contains certified copies of Certificates of Formation (with bates numbers A&B0006392 to A&B0006403) filed with the Delaware Secretary of State regarding entities formed for the Long Bay Marina project (including, *inter alia*, Certificate of Formation for Long Bay Marina Holdings, LLC at A&B0006395). It is a true and correct copy of

13

a document that the United States received in response to a document subpoena issued to Alston & Bird, LLP in this case. The Certificates of Formation are accompanied by signed certifications stating that they are true and correct copies of documents filed with the office of the Delaware Secretary of State (*see, e.g.*, A&B0006394).

41.   **Exhibit 1378** submitted with this declaration states that it contains certified copies of Certificates of Formation (with bates numbers A&B0008118 to A&B0008129) filed with the Delaware Secretary of State regarding entities formed in connection with the Carolina Bays Resort project (including, *inter alia*, Certificate of Formation for Carolina Bays Resort Holdings, LLC at A&B0008119). It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Alston & Bird, LLP in this case. The Certificates of Formation are accompanied by signed certifications stating that they are true and correct copies of documents filed with the office of the Delaware Secretary of State (*see, e.g.*, A&B0008118).

42.   **Exhibit 1379** submitted with this declaration states that it is a certified copy of the Certificate of Formation (with bates numbers ECOVEST-DOJ_1725892 to ECOVEST-DOJ_1725893) filed with the Delaware Secretary of State regarding Azalea Bay Resort Holdings, LLC. It is a true and correct copy of a

14

document that counsel for the EcoVest Parties produced to the United States on March 9, 2021, in response to document requests that the United States issued in this case. The Certificate of Formation is accompanied by a signed certification stating that it is a true and correct copy of a document filed with the office of the Delaware Secretary of State.

43.    **Exhibit 1380** submitted with this declaration states that it is the Operating Agreement of Azalea Bay Resort Holding, LLC (with bates numbers ECOVEST-DOJ_1614831 to ECOVEST-DOJ_1614857), which is signed and dated as of April 17, 2015 (*see* ECOVEST-DOJ_1614855). It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on November 24, 2020, in response to document requests that the United States issued in this case.

44.    **Exhibit 1381** submitted with this declaration states that it is the Limited Liability Company Operating Agreement of EcoVest Azalea Bay, LLC (with bates numbers ECOVEST-DOJ_1249572 to ECOVEST-DOJ_1249580), which is signed and dated as of April 10, 2015 (*see* ECOVEST-DOJ_1249579). It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on March 12, 2020, in response to document requests that the United States issued in this case.

15

45.    **Exhibit 1382** submitted with this declaration states that it is the

Operating Agreement of Azalea Bay Development Company, LLC (with bates

numbers ECOVEST-DOJ_1249492 to ECOVEST-DOJ_1249531), which is signed

and dated as of April 10, 2015 (*see* ECOVEST-DOJ_1249529 and ECOVEST-

DOJ_1249530). It is a true and correct copy of a document that counsel for the

EcoVest Parties produced to the United States on March 12, 2020, in response to

document requests that the United States issued in this case.

46.    **Exhibit 1383** submitted with this declaration states that it is the

Operating Agreement of Azalea Bay Management, LLC (with bates numbers

ECOVEST-DOJ_0497135 to ECOVEST-DOJ_0497174), which is signed and

dated as of April 10, 2015 (*see* ECOVEST-DOJ_0497174). It is a true and correct

copy of a document that counsel for the EcoVest Parties produced to the United

States on February 14, 2020, in response to document requests that the United

States issued in this case.

47.    **Exhibit 1384** submitted with this declaration states that it is the

Amended and Restated Operating Agreement of Azalea Bay Resort, LLC (with

bates numbers ECOVEST-DOJ_0001018 to ECOVEST-DOJ_0001046), which is

signed and dated as of August 21, 2015 (*see* ECOVEST-DOJ_0001041). It is a true

and correct copy of a document that counsel for the EcoVest Parties produced to

the United States on May 3, 2019, in response to document requests that the United States issued in this case.

48.   **Exhibit 1385** submitted with this declaration are the EcoVest's Responses (with bates numbers USPROD-0764367 to USPROD-0764371) to the United States' Second Requests for Admission issued to it in this case. Counsel for the EcoVest Parties served these Objections and Responses on the United States on July 10, 2020.

49.   **Exhibit 1386** submitted with this declaration are Solon's Objections and Responses (with bates numbers USPROD-0764815 to USPROD-0764837) to the United States' First Set of Interrogatories issued to him in this case. Counsel for the EcoVest Parties served these Objections and Responses on the United States on July 2, 2020. They have been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

50.   **Exhibit 1387** submitted with this declaration is true and correct excerpts from the United States' deposition of Teal that took place on January 28, 2021, in this case.

51.   **Exhibit 1388** submitted with this declaration states that it is minutes of the July 27, 2018 meeting of EcoVest Management, LLC (with bates number ECOVEST-DOJ_0046787), signed and acknowledged by Solon. It is a true and

correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

52. **Exhibit 1389** submitted with this declaration is true and correct excerpts from the United States' deposition of Virginia Brown that took place on May 27, 2021, in this case.

53. **Exhibit 1390** submitted with this declaration is an email chain (with bates numbers ECOVEST-DOJ_1037782 to ECOVEST-DOJ_1037783) that contains an email from McCullough dated May 18, 2015. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case.

54. **Exhibit 1391** submitted with this declaration is an email (with bates number ECOVEST-DOJ_1206298) from Teal to Solon dated December 16, 2012. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on March 12, 2020, in response to document requests that the United States issued in this case.

55. **Exhibit 1392** submitted with this declaration is an email chain (with bates numbers ECOVEST-DOJ_1542149 to ECOVEST-DOJ_1542151) that

contains an email from Teal dated February 23, 2016. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on March 12, 2020, in response to document requests that the United States issued in this case.

56.     **Exhibit 1393** submitted with this declaration is true and correct excerpts from volume one of the United States' deposition of Clark that took place on March 10 and 11, 2021, in this case.

57.     **Exhibit 1394** submitted with this declaration is true and correct excerpts from the United States' deposition of Jed Linsider that took place on January 12, 2021, in this case.

58.     **Exhibit 1395** submitted with this declaration are Clark's Objections and Responses (with bates numbers USPROD-0764052 to USPROD-0764135) to the United States' First Requests for Admission issued to him in this case. Counsel for Clark served these Objections and Responses on the United States on June 25, 2020.

59.     **Exhibit 1396** submitted with this declaration is true and correct excerpts from volume one of the United States' deposition of Solon that took place on April 6 and 7, 2021, in this case.

60.    **Exhibit 1397** submitted with this declaration is true and correct excerpts from volume two of the United States' deposition of McCullough that took place on April 29 and 30, 2021, in this case.

61.    **Exhibit 1398** submitted with the Declaration of Amanda J. Reinken contains a true and correct summary of information taken directly from the documents identified in **Tables A** and **B** attached to this declaration.

**Table A** identifies 69 purchase or redemption agreements relating to real estate projects that included options for conservation easements that EcoVest or Conservation Resources, Inc. ("CRI") consulted on, sponsored, and/or managed. Sixty-five (65) of the documents identified in Table A bear bates numbers with the prefix "ECOVEST-DOJ_," which were produced by counsel for the EcoVest Parties to the United States on the dates indicated in the Table, in response to document requests that the United States issued in this case. Two (2) of the documents identified in Table A bear bates numbers with the prefix "NZDOJ," which were produced by counsel for Defendant Nancy Zak ("Zak") to the United States on the dates indicated in the Table, in response to document requests that the United States issued in this case. One (1) of the documents identified in Table A bears bates numbers with the prefix "STRATFORD" and one (1) document bears bates numbers with the prefix "STR," both of which the United States received

from Stratford Land. Exhibit 1420 (also submitted with this declaration) is a business records declaration regarding documents provided to the United States by Stratford Land, including the two documents identified in Table A.

**Table B** identifies 69 offering memoranda relating to real estate projects that included options for conservations easements that EcoVest or CRI consulted on, sponsored, and/or managed. All documents identified in Table B bear bates numbers with the prefix "ECOVEST-DOJ_," which were produced by counsel for the EcoVest Parties to the United States on the dates indicated in the Table B, in response to document requests that the United States issued in this case.

62.     **Exhibit 1399** submitted with the Declaration of Amanda J. Reinken contains true and correct copies of excerpts from the documents identified in **Table C** attached to this declaration. Table C identifies 70 conservation easement appraisals prepared by Clark for real estate projects that included options for conservations easements that EcoVest or CRI consulted on, sponsored, and/or managed. Sixty-eight (68) of the documents identified in Table C bear bates numbers with the prefix "ECOVEST-DOJ_," which were produced by counsel for the EcoVest Parties to the United States on the dates indicated in the Table, in response to document requests that the United States issued in this case. Two (2) of the documents identified in Table C bear bates numbers with the prefix

21

"CC_IRSAUD," which were produced by counsel for Clark to the United States on the dates indicated in the Table, in response to document requests that the United States issued in this case.

63.    **Exhibit 1400** submitted with this declaration is true and correct excerpts from volume two of the United States' deposition of Clark that took place on March 10 and 11, 2021, in this case.

64.    **Exhibit 1401** submitted with this declaration is a letter (with bates numbers USPROD-0846530 to USPROD-0846648) sent to the Internal Revenue Service setting forth the taxpayer's protest to proposed adjustments regarding the charitable contribution deduction claimed for the Arcadian Quay project. The Arcadian Quay protest letter is dated January 14, 2021, and was sent by counsel for the EcoVest Parties. It is a true and correct copy of a document that the Internal Revenue Service provided to counsel for the United States, and that United States' counsel produced to the EcoVest Parties on September 24, 2021, in response to document requests that the EcoVest Parties issued in this case, except that the document has been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

65.    **Exhibit 1402** submitted with this declaration contains true and correct copies of excerpts from the transcription of an audio file (with bates number

ECOVEST-DOJ_1567963) that counsel for the EcoVest Parties produced to the United States on June 9, 2020, in response to document requests that the United States issued in this case. The United States engaged Henderson Legal Services to transcribe that audio recording, and the United States received the certified transcript on June 30, 2020. The speaker in that audio recording identifies himself as "Bob McCullough" (page 3, line 3) and the original file name of that audio recording is "BobM_sales_pitch_100317."

66.    **Exhibit 1403** submitted with this declaration is an email chain (with bates numbers KALOS_649077 to KALOS_649083) that contains an email from Defendant Robert M. McCullough ("McCullough") dated November 14, 2016. It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Kalos Capital, Inc. in this case. Exhibit 1421 (also submitted with this declaration) is a business records declaration regarding documents provided by Kalos Capital, Inc., including the document marked as Exhibit 1403.

67.    **Exhibit 1404** submitted with this declaration is an email (with bates number TRILOMA1513816) from Pat McQueen dated November 5, 2018. It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Triloma Securities, LLC in this case. Exhibit 1366

23

(also submitted with this declaration) is a business records declaration regarding documents provided by Triloma Securities, LLC, including the document marked as Exhibit 1404.

68.     **Exhibit 1405** submitted with this declaration is an email chain (with bates numbers A&B0004704 to A&B0004706) containing an email from McCullough dated March 4, 2015. It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Alston & Bird, LLP in this case.

69.     **Exhibit 1406** submitted with this declaration is an email chain (ECOVEST-DOJ_0717074 to ECOVEST-DOJ_0717079) with an email from McCullough dated June 30, 2016. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on February 14, 2020, in response to document requests that the United States issued in this case, except that the document has been partially redacted to comply with Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

70.     **Exhibit 1407** submitted with this declaration states that it is a letter (with bates number ECOVEST-DOJ_0001168) from McCullough to members of Azalea Bay Resort Holdings, LLC, regarding transmittal of members' Schedule K-1 packages. It is a true and correct copy of a document that counsel for the EcoVest

Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

71.    **Exhibit 1408** submitted with this declaration states that it is a letter (with bates number ECOVEST-DOJ_0073913) from McCullough to members of Arcadian Quay Holdings, LLC, regarding transmittal of members' Schedule K-1 packages. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case.

72.    **Exhibit 1409** submitted with this declaration is a true and accurate depiction of the first sheet of a Microsoft Excel file named "Myrtle West Resort Conservation Option Return Calculator" (with bates number ECOVEST-DOJ_0048597). This Excel file is a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case. Litigation support staff assisting United States' counsel have converted the Excel file that counsel for the EcoVest Parties produced into PDF format for purposes of labeling and filing this document with the Court. I have reviewed Exhibit 1409 and compared it to the first sheet of the Excel file bearing bates number ECOVEST-DOJ_0048597, and the two documents are the same.

73.    **Exhibit 1410** submitted with this declaration is a true and accurate depiction of the first sheet of a Microsoft Excel file named "Arcadian Quay Conservation Option Return Calculator" (with bates number ECOVEST-DOJ_0075165). This Excel file is a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case. Litigation support staff assisting United States' counsel have converted the Excel file that counsel for the EcoVest Parties produced into PDF format for purposes of labeling and filing this document with the Court. I have reviewed Exhibit 1410 and compared it to the first sheet of the Excel file bearing bates number ECOVEST-DOJ_0075165, and the two documents are the same.

74.    **Exhibit 1411** submitted with this declaration is a true and accurate depiction of the first sheet of a Microsoft Excel file named "Azalea Bay Resort Conservation Option Return Calculator" (with bates number ECOVEST-DOJ_0002214). This Excel file is a document that counsel for the EcoVest Parties produced to the United States on May 3, 2019, in response to document requests that the United States issued in this case. Litigation support staff assisting United States' counsel have converted the Excel file that counsel for the EcoVest Parties produced into PDF format for purposes of labeling and filing this document with

the Court. I have reviewed Exhibit 1411 and compared it to the first sheet of the

Excel file bearing bates number ECOVEST-DOJ_0002214, and the two documents

are the same.

75.   **Exhibit 1412** submitted with this declaration is a true and accurate

depiction of the first sheet of a Microsoft Excel file named "Cypress Cove Marina

Conservation Option Return Calculator" (with bates number ECOVEST-

DOJ_0009821). This Excel file is a document that counsel for the EcoVest Parties

produced to the United States on May 3, 2019, in response to document requests

that the United States issued in this case. Litigation support staff assisting United

States' counsel have converted the Excel file that counsel for the EcoVest Parties

produced into PDF format for purposes of labeling and filing this document with

the Court. I have reviewed Exhibit 1412 and compared it to the first sheet of the

Excel file bearing bates number ECOVEST-DOJ_0009821, and the two documents

are the same.

76.   **Exhibit 1413** submitted with this declaration is a true and accurate

depiction of the first sheet of a Microsoft Excel file named "Neuse Harbor, LLC

Conservation Option Return Calculator" (with bates number ECOVEST-

DOJ_0191973). This Excel file is a document that counsel for the EcoVest Parties

produced to the United States on May 9, 2019, in response to document requests

that the United States issued in this case. Litigation support staff assisting United States' counsel have converted the Excel file that counsel for the EcoVest Parties produced into PDF format for purposes of labeling and filing this document with the Court. I have reviewed Exhibit 1413 and compared it to the first sheet of the Excel file bearing bates number ECOVEST-DOJ_0191973, and the two documents are the same.

77.     **Exhibit 1414** submitted with this declaration is an email chain (with bates number ARQ1-046970) with an email from Pat McQueen dated December 10, 2014. It is a true and correct copy of a document that the United States received in response to a document subpoena issued to Arque Capital, Ltd. in this case. Exhibit 1368 (also submitted with this declaration) is a business records declaration regarding documents provided by Arque Capital, Ltd., including the document marked as Exhibit 1414.

78.     **Exhibit 1415** submitted with this declaration is an email chain (ECOVEST-DOJ_0339970 to ECOVEST-DOJ_0339971) with an email from Evelyn Saavedra dated November 10, 2016. It is a true and correct copy of a document that counsel for the EcoVest Parties produced to the United States on January 6, 2020, in response to document requests that the United States issued in

this case, except that the document has been partially redacted to comply with Fed.
R. Civ. 5.2 and this Court's Standing Order 04-02.

79.     **Exhibit 1416** submitted with this declaration is an email chain
(ECOVEST-DOJ_0710132 to ECOVEST-DOJ_0710134) with an email from
Solon dated December 10, 2018. It is a true and correct copy of a document that
counsel for the EcoVest Parties produced to the United States on February 14,
2020, in response to document requests that the United States issued in this case,
except that the document has been partially redacted to comply with Fed. R. Civ.
5.2 and this Court's Standing Order 04-02.

80.     **Exhibit 1417** submitted with this declaration is an email chain (with
bates numbers ECOVEST-DOJ_1082060 to ECOVEST-DOJ_1082061) that
contain an email from Solon dated September 26, 2018. It is a true and correct
copy of a document that counsel for the EcoVest Parties produced to the United
States on February 14, 2020, in response to document requests that the United
States issued in this case.

81.     **Exhibit 1418** submitted with this declaration states that it is an
"Opinion Letter Regarding Certain Material Federal Income Tax Aspects of the
Subject Transactions" (with bates numbers NZDOJ01066104 to NZDOJ01066125)
for Dumpling Mountain, LLC. The opinion letter states that it is from Sirote &

29

Permutt, P.C., and is dated December 7, 2010. It is a true and correct copy of a

document that counsel for Defendant Nancy Zak produced to the United States on

February 14, 2020, in response to document requests that the United States issued

in this case, except that the document has been partially redacted to comply with

Fed. R. Civ. 5.2 and this Court's Standing Order 04-02.

82.   **Exhibit 1419** submitted with this declaration states that it is an

opinion letter (with bates numbers ECOVEST-DOJ_0125035 to ECOVEST-

DOJ_0125161) regarding the "Proposed Donation of Conservation Easement by

New River Preserve." The opinion letter states that it is from Alston & Bird, LLP,

and is dated October 10, 2014. It is a true and correct copy of a document that

counsel for the EcoVest Parties produced to the United States on May 9, 2019, in

response to document requests that the United States issued in this case.

83.   **Exhibit 1420** submitted with this declaration contains a true and

correct copy of a declaration from Stratford Land regarding documents produced to

the United States in this case.

84.   **Exhibit 1421** submitted with this declaration contains a true and

correct copy of a declaration from Kalos Capital, Inc. regarding documents

produced in response to a document subpoena that the United States issued in this

case.

85.     **Exhibit 1422** submitted with this declaration contains a true and correct copy of a declaration from Arkadios Capital regarding documents produced in response to a document subpoena that the United States issued in this case.

86.     **Exhibit 1423** submitted with this declaration contains a true and correct copy of a declaration from The Strategic Financial Alliance, Inc. regarding documents produced in response to a document subpoena that the United States issued in this case.

87.     In this case, Defendants took depositions of the following IRS employees on the dates set forth below:

| Number | IRS Employees | Date of Deposition |
|---|---|---|
| 1 | Guy Lorient | 12/9/2020 |
| 2 | Doris White | 3/17/2021 |
| 3 | Erin Edney | 3/19/2021 |
| 4 | James Maroldo | 3/22/2021 |
| 5 | Mary Joseph | 3/25/2021 |
| 6 | Cathy Brooks | 4/13/2021 |
| 7 | Ben Brantley | 4/15/2021 |
| 8 | Diane Marcelli | 4/23/2021 |
| 9 | Brian Flynn | 5/4/2021 |
| 10 | Charles Edwards | 5/5/2021 |
| 11 | Deborah Fitzpatrick | 5/10/2021 |
| 12 | Melissa Irons | 5/11/2021 |
| 13 | Steve Holzer | 5/12/2021 |
| 14 | Howard Kanter | 5/14/2021 |
| 15 | William Brittain | 5/17/2021 |
| 16 | Roy Nixon | 5/27/2021 |
| 17 | Karin Gross | 5/28/2021 |

| 18 | Gary McGurrin | 6/29/2021 |

88.    In this case, Defendants took the depositions of the following expert

witnesses on the dates set forth below:

| Number | Expert Witness | Date of Deposition |
|--------|----------------|--------------------|
| 1 | Dr. John Graham | 12/8/2021 |
| 2 | Zac Ryan | 12/13/2021 |
| 3 | Dr. Christine Polek | 12/16/2021 |
| 4 | Matthew Kimmel | 1/7/2022 |
| 5 | Andy Barnes | 1/12/2022 |
| 6 | Doug Main | 1/14/2022 |

89.    Defendants participated in an additional 32 depositions of nonparty

witnesses (including 26 nonparty fact depositions and 6 expert depositions):

| Number | Nonparty Witness | Witness Type | Date of Deposition |
|--------|------------------|--------------|--------------------|
| 1 | Adam Lloyd | Fact | 3/4/2020 |
| 2 | Michael Sievert | Fact | 12/10/2020 |
| 3 | Larry Lyons | Fact | 12/18/2020 |
| 4 | Raymond Veal | Fact | 1/4/2021 |
| 5 | Jed Linsider | Fact | 1/12/2021 |
| 6 | Ralph Stewart Bowden | Fact | 1/25/2021 |
| 7 | Fred Baerenz | Fact | 1/26/2021 |
| 8 | Brett Robison | Fact | 2/17/2021 |
| 9 | Jim Bennett | Fact | 2/22/2021 |
| 10 | Ian Chrystall | Fact | 2/23/2021 |
| 11 | Mark Aitchinson | Fact | 3/5/2021 |
| 12 | Ocie Vest | Fact | 3/29/2021 |
| 13 | David Mirolli | Fact | 3/30/2021 |
| 14 | Larry Kohler | Fact | 4/1/2021 |
| 15 | Graeme Black | Fact | 4/8/2021 |
| 16 | Belinda Sward | Fact | 4/21/2021 |
| 17 | Charles Permenter | Fact | 4/26/2021 |
| 18 | James Sack | Fact | 5/20/2021 |

| 19 | Gary Allen | Fact | 5/20/2021 |
|----|------------|------|-----------|
| 20 | Daniel Berman | Fact | 5/21/2021 |
| 21 | Ronald Levitt | Fact | 5/26/2021 |
| 22 | Virginia Brown | Fact | 5/27/2021 |
| 23 | Thomas Moore | Fact | 5/28/2021 |
| 24 | Kevin Shields | Fact | 6/2/2021 |
| 25 | Mark Kanaly | Fact | 7/1/2021 |
| 26 | Jack Sawyer | Fact | 7/20/2021 |
| 27 | Dr. Reed Noss | Expert | 10/20/2021 |
| 28 | Charles Hewlett | Expert | 12/17/2021 |
| 29 | Dr. John Hekman | Expert | 12/20/2021 |
| 30 | Michael Shamsie | Expert | 1/5/2022 |
| 31 | Dr. Chen Song | Expert | 1/13/2022 |
| 32 | Doug Kenny | Expert | 1/14/2022 |

90.     In this case, Clark has produced documents to the United States in response to document requests, and all of those documents had bates numbers beginning with CC_DOJLIT and CC_IRSAUD. These documents were loaded to a document review platform called Relativity, and Relativity shows that there are 13,312 documents that consist of 424,957 imaged pages that contain those bates number prefixes.

91.     In this case, the EcoVest Parties have produced documents to the United States in response to document requests, and all of those documents had bates numbers beginning with ECOVEST-DOJ. These documents were loaded to Relativity, and Relativity shows that there are 196,001 documents that consist of 1,867,481 imaged pages that contain that bates number prefix.

92.    In this case, the United States has produced to Defendants IRS-sourced documents, as well as documents collected during the investigation that led to this suit and the pendency of this suit, and all of those documents had bates numbers beginning with USPROD. These documents were loaded to Relativity, and Relativity shows that there are 51,274 documents that consist of 966,912 imaged pages that contain that bates number prefix.

93.    In this case, the United States received documents from various nonparties. These documents were loaded to Relativity, and Relativity shows that the United States has produced 676,001 documents that the United States received from nonparties that consist of 5,765,423 imaged pages.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 15, 2022              /s/ Eric M. Aberg
                                      ERIC M. ABERG
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

## TABLE A

\* Purchase or redemption agreements regarding real estate projects that included options for conservation easements

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Arcadian Quay | ECOVEST-DOJ_0073559 | ECOVEST-DOJ_0073601 | EcoVest | 5/3/2019 |
| Azalea Bay Resort | ECOVEST-DOJ_0000753 | ECOVEST-DOJ_0000785 | EcoVest | 5/3/2019 |
| Azul Bay Resort | ECOVEST-DOJ_0163459 | ECOVEST-DOJ_0163499 | EcoVest | 5/9/2019 |
| Beech Springs Resort | ECOVEST-DOJ_0018975 | ECOVEST-DOJ_0019020 | EcoVest | 5/3/2019 |
| Bellavista Grove | ECOVEST-DOJ_0042380 | ECOVEST-DOJ_0042411 | EcoVest | 5/3/2019 |
| Belle Harbour Resort | ECOVEST-DOJ_0015920 | ECOVEST-DOJ_0015957 | EcoVest | 5/3/2019 |
| Birch Equestrian | ECOVEST-DOJ_0106187 | ECOVEST-DOJ_0106245 | EcoVest | 5/9/2019 |
| Birkdale Landing | ECOVEST-DOJ_0156719 | ECOVEST-DOJ_0156767 | EcoVest | 5/9/2019 |
| Brunswick Highlands | ECOVEST-DOJ_0107874 | ECOVEST-DOJ_0107972 | EcoVest | 5/9/2019 |
| Camellia Station Holdings | ECOVEST-DOJ_0069086 | ECOVEST-DOJ_0069127 | EcoVest | 5/3/2019 |
| Cane Creek | ECOVEST-DOJ_0227776 | ECOVEST-DOJ_0227794 | EcoVest | 10/7/2019 |
| Carolina Bays Resort | ECOVEST-DOJ_0129147 | ECOVEST-DOJ_0129172 | EcoVest | 5/9/2019 |
| Cayo Dorado | ECOVEST-DOJ_0153233 | ECOVEST-DOJ_0153304 | EcoVest | 5/9/2019 |
| Cayo Marsopa | ECOVEST-DOJ_0078129 | ECOVEST-DOJ_0078171 | EcoVest | 5/3/2019 |
| Coastavista Palms | ECOVEST-DOJ_0022155 | ECOVEST-DOJ_0022186 | EcoVest | 5/3/2019 |
| Copano Cove | ECOVEST-DOJ_0197110 | ECOVEST-DOJ_0197140 | EcoVest | 5/9/2019 |
| Cottonwood Cove | ECOVEST-DOJ_0182832 | ECOVEST-DOJ_0182872 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Cristobal Key | ECOVEST-DOJ_0082591 | ECOVEST-DOJ_0082631 | EcoVest | 5/3/2019 |
| Cypress Cove Marina | ECOVEST-DOJ_0008359 | ECOVEST-DOJ_0008399 | EcoVest | 5/3/2019 |
| Diamond Grande Resort | ECOVEST-DOJ_0503038 | ECOVEST-DOJ_0503081 | EcoVest | 2/14/2020 |
| Dumpling Mountain | ECOVEST-DOJ_0229018 | ECOVEST-DOJ_0229023 | EcoVest | 10/7/2019 |
| Espiritu Shores | ECOVEST-DOJ_0209169 | ECOVEST-DOJ_0209207 | EcoVest | 5/9/2019 |
| Garden Lakes Estates | STRATFORD-000003 | STRATFORD-000030 | Stratford Land | 6/16/2020 |
| Glade Creek | NZDOJ00001750 | NZDOJ00001755 | Nancy Zak | 8/2/2019 |
| Greenway Landing | ECOVEST-DOJ_0115513 | ECOVEST-DOJ_0115589 | EcoVest | 5/9/2019 |
| Hammersmith Landing | ECOVEST-DOJ_0193257 | ECOVEST-DOJ_0193301 | EcoVest | 5/9/2019 |
| Harbor Gate at Seadrift | ECOVEST-DOJ_0825202 | ECOVEST-DOJ_0825259 | EcoVest | 2/14/2020 |
| Hickory Equestrian | ECOVEST-DOJ_0229741 | ECOVEST-DOJ_0229748 | EcoVest | 10/7/2019 |
| Hickory Preserve | ECOVEST-DOJ_0120848 | ECOVEST-DOJ_0120924 | EcoVest | 5/9/2019 |
| High Rocks | ECOVEST-DOJ_0229956 | ECOVEST-DOJ_0229961 | EcoVest | 10/7/2019 |
| Highway 30 | ECOVEST-DOJ_0230167 | ECOVEST-DOJ_0230172 | EcoVest | 10/7/2019 |
| Indigo Sound | ECOVEST-DOJ_0213111 | ECOVEST-DOJ_0213154 | EcoVest | 5/9/2019 |
| Lakeshore Resort | ECOVEST-DOJ_0059675 | ECOVEST-DOJ_0059712 | EcoVest | 5/3/2019 |
| Land of the Lakes | ECOVEST-DOJ_0234803 | ECOVEST-DOJ_0234811 | EcoVest | 10/7/2019 |
| Leland Forest | ECOVEST-DOJ_0110559 | ECOVEST-DOJ_0110651 | EcoVest | 5/9/2019 |
| Long Bay Marina | ECOVEST-DOJ_0131980 | ECOVEST-DOJ_0132004 | EcoVest | 5/9/2019 |
| Magnolia Bay Resort | ECOVEST-DOJ_0005045 | ECOVEST-DOJ_0005077 | EcoVest | 5/3/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Maple Equestrian | ECOVEST-DOJ_0230375 | ECOVEST-DOJ_0230383 | EcoVest | 10/7/2019 |
| Meadow Creek | ECOVEST-DOJ_1332114 | ECOVEST-DOJ_1332121 | EcoVest | 3/12/2020 |
| Miramar Pointe | ECOVEST-DOJ_0201161 | ECOVEST-DOJ_0201208 | EcoVest | 5/9/2019 |
| Montego Pointe | ECOVEST-DOJ_0185863 | ECOVEST-DOJ_0185906 | EcoVest | 5/9/2019 |
| Monterrey Cove | ECOVEST-DOJ_0101510 | ECOVEST-DOJ_0101549 | EcoVest | 5/3/2019 |
| Myers Cove | NZDOJ00072360 | NZDOJ00072367 | Nancy Zak | 9/16/2019 |
| Myrtle Cove Resort | ECOVEST-DOJ_0142794 | ECOVEST-DOJ_0142832 | EcoVest | 5/9/2019 |
| Myrtle West Resort | ECOVEST-DOJ_0046561 | ECOVEST-DOJ_0046595 | EcoVest | 5/3/2019 |
| Neuse Harbor | ECOVEST-DOJ_0189963 | ECOVEST-DOJ_0190005 | EcoVest | 5/9/2019 |
| New River Preserve | STR005057 | STR005076 | Stratford Land | 8/31/2020 |
| North Bay Cove | ECOVEST-DOJ_0064386 | ECOVEST-DOJ_0064425 | EcoVest | 5/3/2019 |
| Ocean Grove Resort | ECOVEST-DOJ_0050829 | ECOVEST-DOJ_0050860 | EcoVest | 5/3/2019 |
| Piney Cumberland | ECOVEST-DOJ_0331887 | ECOVEST-DOJ_0331894 | EcoVest | 10/7/2019 |
| Port Quay Resort | ECOVEST-DOJ_0149209 | ECOVEST-DOJ_0149247 | EcoVest | 5/9/2019 |
| Punta Vista Grande | ECOVEST-DOJ_0175626 | ECOVEST-DOJ_0175661 | EcoVest | 5/9/2019 |
| Queen's Cove | ECOVEST-DOJ_0086800 | ECOVEST-DOJ_0086883 | EcoVest | 5/3/2019 |
| Red Oak Equestrian | ECOVEST-DOJ_0232462 | ECOVEST-DOJ_0232470 | EcoVest | 10/7/2019 |
| River Trace Resort | ECOVEST-DOJ_0029838 | ECOVEST-DOJ_0029884 | EcoVest | 5/3/2019 |
| Riverside Preserve | ECOVEST-DOJ_0090349 | ECOVEST-DOJ_0090385 | EcoVest | 5/3/2019 |
| Rocky Creek Plantation | ECOVEST-DOJ_0118030 | ECOVEST-DOJ_0118095 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Sanibel Resort | ECOVEST-DOJ_0011700 | ECOVEST-DOJ_0011740 | EcoVest | 5/3/2019 |
| Santo Bay Resort | ECOVEST-DOJ_0169386 | ECOVEST-DOJ_0169466 | EcoVest | 5/3/2019 |
| Seavista Resort | ECOVEST-DOJ_0025376 | ECOVEST-DOJ_0025409 | EcoVest | 5/3/2019 |
| South Bay Cove | ECOVEST-DOJ_0033291 | ECOVEST-DOJ_0033325 | EcoVest | 5/3/2019 |
| Tortuga Trace | ECOVEST-DOJ_0178971 | ECOVEST-DOJ_0179016 | EcoVest | 5/9/2019 |
| Trout Creek | ECOVEST-DOJ_0230683 | ECOVEST-DOJ_0230688 | EcoVest | 10/7/2019 |
| Tupelo Grove | ECOVEST-DOJ_0166582 | ECOVEST-DOJ_0166619 | EcoVest | 5/9/2019 |
| Turkey Creek Resort | ECOVEST-DOJ_0159487 | ECOVEST-DOJ_0159523 | EcoVest | 5/9/2019 |
| Waterway Grove | ECOVEST-DOJ_0094410 | ECOVEST-DOJ_0094450 | EcoVest | 5/3/2019 |
| White Oak Equestrian | ECOVEST-DOJ_0231054 | ECOVEST-DOJ_0231060 | EcoVest | 10/7/2019 |
| White Sands Village | ECOVEST-DOJ_0054969 | ECOVEST-DOJ_0055009 | EcoVest | 5/3/2019 |
| Wilderness Lake | ECOVEST-DOJ_0112565 | ECOVEST-DOJ_0112633 | EcoVest | 5/9/2019 |

## **TABLE B**

\* Offering memoranda regarding real estate projects that included options for conservation easements

| **Project name** | **Begin bates number** | **End bates number** | **Produced by** | **Date produced** |
|---|---|---|---|---|
| Arcadian Quay | ECOVEST-DOJ_0072627 | ECOVEST-DOJ_0072975 | EcoVest | 5/3/2019 |
| Azalea Bay Resort | ECOVEST-DOJ_0000001 | ECOVEST-DOJ_0000348 | EcoVest | 5/3/2019 |
| Azul Bay Resort | ECOVEST-DOJ_0162306 | ECOVEST-DOJ_0162700 | EcoVest | 5/9/2019 |
| Beech Springs Resort | ECOVEST-DOJ_0018234 | ECOVEST-DOJ_0018577 | EcoVest | 5/3/2019 |
| Bellavista Grove | ECOVEST-DOJ_0041526 | ECOVEST-DOJ_0041876 | EcoVest | 5/3/2019 |
| Belle Harbour Resort | ECOVEST-DOJ_0015095 | ECOVEST-DOJ_0015503 | EcoVest | 5/3/2019 |
| Birch Equestrian | ECOVEST-DOJ_0105655 | ECOVEST-DOJ_0105956 | EcoVest | 5/9/2019 |
| Birkdale Landing | ECOVEST-DOJ_0155975 | ECOVEST-DOJ_0156382 | EcoVest | 5/9/2019 |
| Brunswick Highlands | ECOVEST-DOJ_0107284 | ECOVEST-DOJ_0107635 | EcoVest | 5/9/2019 |
| Camellia Station Holdings | ECOVEST-DOJ_0068062 | ECOVEST-DOJ_0068410 | EcoVest | 5/3/2019 |
| Cane Creek | ECOVEST-DOJ_0227580 | ECOVEST-DOJ_0227794 | EcoVest | 10/7/2019 |
| Carolina Bays Resort | ECOVEST-DOJ_0128354 | ECOVEST-DOJ_0128751 | EcoVest | 5/9/2019 |
| Cayo Dorado | ECOVEST-DOJ_0152168 | ECOVEST-DOJ_0152547 | EcoVest | 5/9/2019 |
| Cayo Marsopa | ECOVEST-DOJ_0077143 | ECOVEST-DOJ_0077500 | EcoVest | 5/3/2019 |
| Coastavista Palms | ECOVEST-DOJ_0037307 | ECOVEST-DOJ_0037648 | EcoVest | 5/3/2019 |
| Copano Cove | ECOVEST-DOJ_1435331 | ECOVEST-DOJ_1435721 | EcoVest | 3/12/2020 |
| Cottonwood Cove | ECOVEST-DOJ_0182017 | ECOVEST-DOJ_0182394 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Cristobal Key | ECOVEST-DOJ_0081627 | ECOVEST-DOJ_0081984 | EcoVest | 5/3/2019 |
| Cypress Cove Marina | ECOVEST-DOJ_0007711 | ECOVEST-DOJ_0008052 | EcoVest | 5/3/2019 |
| Diamond Grande Resort | ECOVEST-DOJ_0021352 | ECOVEST-DOJ_0021759 | EcoVest | 5/3/2019 |
| Dumpling Mountain | ECOVEST-DOJ_0228940 | ECOVEST-DOJ_0229427 | EcoVest | 10/7/2019 |
| Espiritu Shores | ECOVEST-DOJ_1435854 | ECOVEST-DOJ_1436229 | EcoVest | 3/12/2020 |
| Garden Lakes Estates | ECOVEST-DOJ_0125636 | ECOVEST-DOJ_0126034 | EcoVest | 5/9/2019 |
| Glade Creek | ECOVEST-DOJ_0229475 | ECOVEST-DOJ_0229631 | EcoVest | 10/7/2019 |
| Greenway Landing | ECOVEST-DOJ_0115282 | ECOVEST-DOJ_0115605 | EcoVest | 5/9/2019 |
| Hammersmith Landing | ECOVEST-DOJ_0192943 | ECOVEST-DOJ_0193323 | EcoVest | 5/9/2019 |
| Harbor Gate at Seadrift | ECOVEST-DOJ_0204549 | ECOVEST-DOJ_0204944 | EcoVest | 5/9/2019 |
| Hickory Equestrian | ECOVEST-DOJ_0229646 | ECOVEST-DOJ_0229807 | EcoVest | 10/7/2019 |
| Hickory Preserve | ECOVEST-DOJ_0120567 | ECOVEST-DOJ_0120944 | EcoVest | 5/9/2019 |
| High Rocks | ECOVEST-DOJ_0229864 | ECOVEST-DOJ_0230022 | EcoVest | 10/7/2019 |
| Highway 30 | ECOVEST-DOJ_0230076 | ECOVEST-DOJ_0230230 | EcoVest | 10/7/2019 |
| Indigo Sound | ECOVEST-DOJ_0212567 | ECOVEST-DOJ_0212873 | EcoVest | 5/9/2019 |
| Lakeshore Resort | ECOVEST-DOJ_0058874 | ECOVEST-DOJ_0059218 | EcoVest | 5/3/2019 |
| Land of the Lakes | ECOVEST-DOJ_0234700 | ECOVEST-DOJ_0234924 | EcoVest | 10/7/2019 |
| Leland Forest | ECOVEST-DOJ_0109973 | ECOVEST-DOJ_0110318 | EcoVest | 5/9/2019 |
| Long Bay Marina | ECOVEST-DOJ_0131188 | ECOVEST-DOJ_0131587 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Magnolia Bay Resort | ECOVEST-DOJ_0004094 | ECOVEST-DOJ_0004445 | EcoVest | 5/3/2019 |
| Maple Equestrian | ECOVEST-DOJ_0230280 | ECOVEST-DOJ_0230440 | EcoVest | 10/7/2019 |
| Meadow Creek | ECOVEST-DOJ_1332017 | ECOVEST-DOJ_1332235 | EcoVest | 3/12/2020 |
| Miramar Pointe | ECOVEST-DOJ_0200347 | ECOVEST-DOJ_0200751 | EcoVest | 5/9/2019 |
| Montego Pointe | ECOVEST-DOJ_0561725 | ECOVEST-DOJ_0562106 | EcoVest | 2/14/2020 |
| Monterrey Cove | ECOVEST-DOJ_0100831 | ECOVEST-DOJ_0101200 | EcoVest | 5/3/2019 |
| Myers Cove | ECOVEST-DOJ_0232717 | ECOVEST-DOJ_0232918 | EcoVest | 10/7/2019 |
| Myrtle Cove Resort | ECOVEST-DOJ_0142486 | ECOVEST-DOJ_0142854 | EcoVest | 5/9/2019 |
| Myrtle West Resort | ECOVEST-DOJ_0045812 | ECOVEST-DOJ_0046147 | EcoVest | 5/3/2019 |
| Neuse Harbor | ECOVEST-DOJ_0189156 | ECOVEST-DOJ_0189537 | EcoVest | 5/9/2019 |
| New River Preserve | ECOVEST-DOJ_0122917 | ECOVEST-DOJ_0123307 | EcoVest | 5/9/2019 |
| North Bay Cove | ECOVEST-DOJ_0063632 | ECOVEST-DOJ_0063975 | EcoVest | 5/3/2019 |
| Ocean Grove Resort | ECOVEST-DOJ_0050072 | ECOVEST-DOJ_0050419 | EcoVest | 5/3/2019 |
| Piney Cumberland | ECOVEST-DOJ_0331790 | ECOVEST-DOJ_0332007 | EcoVest | 10/7/2019 |
| Port Quay Resort | ECOVEST-DOJ_0149441 | ECOVEST-DOJ_0149849 | EcoVest | 5/9/2019 |
| Punta Vista Grande | ECOVEST-DOJ_0174980 | ECOVEST-DOJ_0175351 | EcoVest | 5/9/2019 |
| Queen's Cove | ECOVEST-DOJ_0087131 | ECOVEST-DOJ_0087481 | EcoVest | 5/3/2019 |
| Red Oak Equestrian | ECOVEST-DOJ_0232371 | ECOVEST-DOJ_0232527 | EcoVest | 10/7/2019 |
| River Trace Resort | ECOVEST-DOJ_0030124 | ECOVEST-DOJ_0030475 | EcoVest | 5/3/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Riverside Preserve | ECOVEST-DOJ_0090676 | ECOVEST-DOJ_0091022 | EcoVest | 5/3/2019 |
| Rocky Creek Plantation | ECOVEST-DOJ_0117772 | ECOVEST-DOJ_0118112 | EcoVest | 5/9/2019 |
| Sanibel Resort | ECOVEST-DOJ_0012018 | ECOVEST-DOJ_0012360 | EcoVest | 5/3/2019 |
| Santo Bay Resort | ECOVEST-DOJ_0169663 | ECOVEST-DOJ_0170037 | EcoVest | 5/9/2019 |
| Seavista Resort | ECOVEST-DOJ_0025724 | ECOVEST-DOJ_0026060 | EcoVest | 5/3/2019 |
| South Bay Cove | ECOVEST-DOJ_0033587 | ECOVEST-DOJ_0033924 | EcoVest | 5/3/2019 |
| Tortuga Trace | ECOVEST-DOJ_0179290 | ECOVEST-DOJ_0179682 | EcoVest | 5/9/2019 |
| Trout Creek | ECOVEST-DOJ_0230600 | ECOVEST-DOJ_0230749 | EcoVest | 10/7/2019 |
| Tupelo Grove | ECOVEST-DOJ_0165906 | ECOVEST-DOJ_0166272 | EcoVest | 5/9/2019 |
| Turkey Creek Resort | ECOVEST-DOJ_1465576 | ECOVEST-DOJ_1465945 | EcoVest | 3/12/2020 |
| Waterway Grove | ECOVEST-DOJ_0094669 | ECOVEST-DOJ_0095013 | EcoVest | 5/3/2019 |
| White Oak Equestrian | ECOVEST-DOJ_0230962 | ECOVEST-DOJ_0231118 | EcoVest | 10/7/2019 |
| White Sands Village | ECOVEST-DOJ_0055247 | ECOVEST-DOJ_0055591 | EcoVest | 5/3/2019 |
| Wilderness Lake | ECOVEST-DOJ_0112320 | ECOVEST-DOJ_0112680 | EcoVest | 5/9/2019 |

# TABLE C

*Appraisals by Clark for real estate projects that included options for conservation easements

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Arcadian Quay | ECOVEST-DOJ_0074308 | ECOVEST-DOJ_0075025 | EcoVest | 5/3/2019 |
| Azalea Bay Resort | CC_IRSAUD00029215 | CC_IRSAUD00029645 | Clark | 8/5/2019 |
| Azul Bay Resort | ECOVEST-DOJ_0163768 | ECOVEST-DOJ_0164470 | EcoVest | 5/9/2019 |
| Beech Springs Resort | ECOVEST-DOJ_0020711 | ECOVEST-DOJ_0021143 | EcoVest | 5/3/2019 |
| Bellavista Grove | ECOVEST-DOJ_0042959 | ECOVEST-DOJ_0043638 | EcoVest | 5/3/2019 |
| Belle Harbour Resort | ECOVEST-DOJ_0017582 | ECOVEST-DOJ_0018044 | EcoVest | 5/3/2019 |
| Birch Equestrian | ECOVEST-DOJ_0106846 | ECOVEST-DOJ_0107004 | EcoVest | 5/9/2019 |
| Birkdale Landing | ECOVEST-DOJ_0157468 | ECOVEST-DOJ_0157927 | EcoVest | 5/9/2019 |
| Brunswick Highlands | ECOVEST-DOJ_0108629 | ECOVEST-DOJ_0108997 | EcoVest | 5/9/2019 |
| Camellia Station Holdings | ECOVEST-DOJ_0069751 | ECOVEST-DOJ_0070469 | EcoVest | 5/3/2019 |
| Cane Creek | CC_IRSAUD00035292 | CC_IRSAUD00035491 | Clark | 8/5/2019 |
| Carolina Bays Resort | ECOVEST-DOJ_0129432 | ECOVEST-DOJ_0129845 | EcoVest | 5/9/2019 |
| Cayo Dorado | ECOVEST-DOJ_0153542 | ECOVEST-DOJ_0154332 | EcoVest | 5/9/2019 |
| Cayo Marsopa | ECOVEST-DOJ_0078704 | ECOVEST-DOJ_0079377 | EcoVest | 5/3/2019 |
| Coastavista Palms | ECOVEST-DOJ_0038749 | ECOVEST-DOJ_0039455 | EcoVest | 5/3/2019 |
| Copano Cove | ECOVEST-DOJ_0197844 | ECOVEST-DOJ_0198731 | EcoVest | 5/9/2019 |
| Cottonwood Cove | ECOVEST-DOJ_0183595 | ECOVEST-DOJ_0184044 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Cristobal Key | ECOVEST-DOJ_0083113 | ECOVEST-DOJ_0083883 | EcoVest | 5/3/2019 |
| Cypress Cove Marina | ECOVEST-DOJ_0009219 | ECOVEST-DOJ_0009673 | EcoVest | 5/3/2019 |
| Diamond Grande Resort | ECOVEST-DOJ_0022897 | ECOVEST-DOJ_0023353 | EcoVest | 5/3/2019 |
| Dumpling Mountain | ECOVEST-DOJ_0335900 | ECOVEST-DOJ_0335978 | EcoVest | 10/7/2019 |
| Espiritu Shores | ECOVEST-DOJ_0209961 | ECOVEST-DOJ_0210772 | EcoVest | 5/9/2019 |
| Garden Lakes Estates | ECOVEST-DOJ_0126605 | ECOVEST-DOJ_0127015 | EcoVest | 5/9/2019 |
| Glade Creek | ECOVEST-DOJ_0222480 | ECOVEST-DOJ_0222719 | EcoVest | 10/7/2019 |
| Greenway Landing | ECOVEST-DOJ_0116209 | ECOVEST-DOJ_0116532 | EcoVest | 5/9/2019 |
| Hammersmith Landing | ECOVEST-DOJ_0194025 | ECOVEST-DOJ_0194802 | EcoVest | 5/9/2019 |
| Harbor Gate at Seadrift | ECOVEST-DOJ_0206112 | ECOVEST-DOJ_0206902 | EcoVest | 5/9/2019 |
| Hickory Equestrian | ECOVEST-DOJ_0332645 | ECOVEST-DOJ_0332779 | EcoVest | 10/7/2019 |
| Hickory Preserve | ECOVEST-DOJ_0121566 | ECOVEST-DOJ_0121968 | EcoVest | 5/9/2019 |
| High Rocks | ECOVEST-DOJ_0332840 | ECOVEST-DOJ_0333105 | EcoVest | 10/7/2019 |
| Highway 30 | ECOVEST-DOJ_0223766 | ECOVEST-DOJ_0224015 | EcoVest | 10/7/2019 |
| Indigo Sound | ECOVEST-DOJ_0213350 | ECOVEST-DOJ_0214107 | EcoVest | 5/9/2019 |
| Lakeshore Resort | ECOVEST-DOJ_0060367 | ECOVEST-DOJ_0061079 | EcoVest | 5/3/2019 |
| Land of the Lakes | ECOVEST-DOJ_0233391 | ECOVEST-DOJ_0233561 | EcoVest | 10/7/2019 |
| Leland Forest | ECOVEST-DOJ_0111350 | ECOVEST-DOJ_0111714 | EcoVest | 5/9/2019 |
| Long Bay Marina | ECOVEST-DOJ_0132194 | ECOVEST-DOJ_0132604 | EcoVest | 5/9/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Magnolia Bay Resort | ECOVEST-DOJ_0007074 | ECOVEST-DOJ_0007508 | EcoVest | 5/3/2019 |
| Maple Equestrian | ECOVEST-DOJ_0224289 | ECOVEST-DOJ_0224383 | EcoVest | 10/7/2019 |
| Meadow Creek | ECOVEST-DOJ_0233588 | ECOVEST-DOJ_0233823 | EcoVest | 10/7/2019 |
| Miramar Pointe | ECOVEST-DOJ_0201943 | ECOVEST-DOJ_0202870 | EcoVest | 5/9/2019 |
| Montego Pointe | ECOVEST-DOJ_0186699 | ECOVEST-DOJ_0187543 | EcoVest | 5/9/2019 |
| Monterrey Cove | ECOVEST-DOJ_0102366 | ECOVEST-DOJ_0103148 | EcoVest | 5/3/2019 |
| Myers Cove | ECOVEST-DOJ_0226905 | ECOVEST-DOJ_0227092 | EcoVest | 10/7/2019 |
| Myrtle Cove Resort | ECOVEST-DOJ_0143459 | ECOVEST-DOJ_0144165 | EcoVest | 5/9/2019 |
| Myrtle West Resort | ECOVEST-DOJ_0047202 | ECOVEST-DOJ_0047909 | EcoVest | 5/3/2019 |
| Neuse Harbor | ECOVEST-DOJ_0190386 | ECOVEST-DOJ_0191101 | EcoVest | 5/9/2019 |
| New River Preserve | ECOVEST-DOJ_0123857 | ECOVEST-DOJ_0124290 | EcoVest | 5/9/2019 |
| North Bay Cove | ECOVEST-DOJ_0065163 | ECOVEST-DOJ_0065890 | EcoVest | 5/3/2019 |
| Ocean Grove Resort | ECOVEST-DOJ_0051546 | ECOVEST-DOJ_0052242 | EcoVest | 5/3/2019 |
| Piney Cumberland | ECOVEST-DOJ_0233863 | ECOVEST-DOJ_0234086 | EcoVest | 10/7/2019 |
| Port Quay Resort | ECOVEST-DOJ_0149896 | ECOVEST-DOJ_0150627 | EcoVest | 5/9/2019 |
| Punta Vista Grande | ECOVEST-DOJ_0176521 | ECOVEST-DOJ_0177223 | EcoVest | 5/9/2019 |
| Queen's Cove | ECOVEST-DOJ_0088837 | ECOVEST-DOJ_0089571 | EcoVest | 5/3/2019 |
| Red Oak Equestrian | ECOVEST-DOJ_0332259 | ECOVEST-DOJ_0332455 | EcoVest | 10/7/2019 |
| River Trace Resort | ECOVEST-DOJ_0030858 | ECOVEST-DOJ_0031280 | EcoVest | 5/3/2019 |

| Project name | Begin bates number | End bates number | Produced by | Date produced |
|---|---|---|---|---|
| Riverside Preserve | ECOVEST-DOJ_0091357 | ECOVEST-DOJ_0091899 | EcoVest | 5/3/2019 |
| Rocky Creek Plantation | ECOVEST-DOJ_0118764 | ECOVEST-DOJ_0119157 | EcoVest | 5/9/2019 |
| Sanibel Resort | ECOVEST-DOJ_0012950 | ECOVEST-DOJ_0013416 | EcoVest | 5/3/2019 |
| Santo Bay Resort | ECOVEST-DOJ_0170095 | ECOVEST-DOJ_0170864 | EcoVest | 5/9/2019 |
| Seavista Resort | ECOVEST-DOJ_0026636 | ECOVEST-DOJ_0027264 | EcoVest | 5/3/2019 |
| Shining Star Properties XI | ECOVEST-DOJ_0333870 | ECOVEST-DOJ_0334116 | EcoVest | 10/7/2019 |
| South Bay Cove | ECOVEST-DOJ_0034544 | ECOVEST-DOJ_0035161 | EcoVest | 5/3/2019 |
| Tortuga Trace | ECOVEST-DOJ_0179870 | ECOVEST-DOJ_0180691 | EcoVest | 5/9/2019 |
| Trout Creek | ECOVEST-DOJ_0224553 | ECOVEST-DOJ_0224816 | EcoVest | 10/7/2019 |
| Tupelo Grove | ECOVEST-DOJ_0167318 | ECOVEST-DOJ_0167724 | EcoVest | 5/9/2019 |
| Turkey Creek Resort | ECOVEST-DOJ_0160558 | ECOVEST-DOJ_0161036 | EcoVest | 5/9/2019 |
| Waterway Grove | ECOVEST-DOJ_0095500 | ECOVEST-DOJ_0096224 | EcoVest | 5/3/2019 |
| White Oak Equestrian | ECOVEST-DOJ_0225003 | ECOVEST-DOJ_0225140 | EcoVest | 10/7/2019 |
| White Sands Village | ECOVEST-DOJ_0056022 | ECOVEST-DOJ_0056704 | EcoVest | 5/3/2019 |
| Wilderness Lake | ECOVEST-DOJ_0113645 | ECOVEST-DOJ_0114031 | EcoVest | 5/9/2019 |