< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

**Company Overview**
EcoVest Capital, Inc. and subsidiaries ("EcoVest" or the "Company") is a real estate investment firm in the business of sponsoring private, unregistered real estate investment programs (the "Offerings") in reliance on an exemption from the registration requirements of the Securities Act of 1933, as amended, in accordance with Rule 506(b) of Regulation D promulgated thereunder.  The EcoVest sponsored Offerings are made available to accredited investors only and distributed through the independent broker-dealer and registered investment advisor channels.  Each Offering owns a subsidiary LLC that holds one asset, which is raw, undeveloped land, and each Offering features three investment options for the asset:  (1) to develop in accordance with a fully underwritten development plan, (2) to grant an easement for conservation purposes, and (3) to hold for investment.

The Company was formed on July 24, 2012 as a limited liability company under the laws of the state of Delaware.  Effective December 20, 2014, by a majority vote of the Members of EcoVest Capital, LLC, the Company converted from an LLC to a C-corporation pursuant to Section 265 of the Delaware General Corporation Law.  The Company executed its Certificate of Incorporation on February 24, 2015.

Upon conversion to a C-corporation, the Company's 1,595,049 Membership Units were converted on a 1:1 basis to shares of common stock.  As of December 31, 2014, the Company had authorized 7,000,000 shares of common stock, $0.001 par value per share, and 3,000,000 shares of preferred stock, $0.001 par value per share, of which 1,595,049 shares of common stock are issued and outstanding as of December 31, 2014.  There are no shares of preferred stock issued and outstanding as of December 31, 2014.   For a list of shareholders and their ownership percentages as of the date of conversion to a C-corporation, please see **Exhibit A** to this document.

**Inception and Launch**
The concept behind the Company began within Conservation Resources, Inc. ("CRI"), a subsidiary of the Strategic Financial Alliance Holdings ("SFAH"), a holding company whose primary operations are that of the Strategic Financial Alliance ("SFA"), a FINRA registered independent retail broker-dealer.  CRI began operations in 2009 when Alan Solon, current President and CEO of the Company, served as the chief marketing officer for SFAH.  In this role, Alan had identified that the SFA platform featured a minimal number of investment product opportunities that allowed for the financial advisor to have a discussion with their clients regarding comprehensive wealth management, which includes tax planning, with the overall objective of creating a family office type environment for their clients.  With this observation, Alan worked with independent attorneys and accountants to design an investment product allowing for a more comprehensive tax planning discussion to occur around the topic of the non-cash charitable deduction generated by the donation of a conservation easement.



Exhibit
**632B**
LM    4/6/21

< CONFIDENTIAL >

EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

CRI, who worked exclusively as a consultant to landowners/Issuers for creating investment products, introduced its first product during 2010, and this program was specifically marketed only to executives and a select group of affiliated financial advisors within SFA. The program successfully raised approximately $2.4 million, and the investors in the Offering elected to donate a conservation easement on the land owned by the Offering.

During 2011 CRI introduced an additional 7 Offerings for a total equity raise of approximately $10 million, and during 2012 CRI introduced 1 additional Offering for approximately $1.9 million, all of which were marketed exclusively through SFAH.

### Formation of the Company

As a result of the success of fully subscribing 9 Offerings in less than two years for a total equity raise of approximately $14.3 million, all exclusively within a limited distribution network, the board of directors of SFAH determined that this high level of market receptivity had determined proof of concept, and that it was in the best interests of all stakeholders to spin-out CRI and form EcoVest. The shareholders of SFAH and a variety of independent individuals were provided the opportunity to invest start-up capital in EcoVest, and the Company was initially capitalized with $275,000.

Per the initial Operating Agreement, the Company was to be run by a board of Managers consisting of Alan Solon, Jeff Bland and Clive Slovin, all of which initially owned 20.0% of the Company. Alan served as Chairman and CEO of the Company, Jeff Bland as President and CFO and Clive Slovin as a member of the board of Managers (Clive is the President of SFAH, and as such did not take a day-to-day role in the operations of the Company). Daily operations were run by Alan and Jeff, as well as Ivan Killen, VP of Finance, and Pat McQueen, executive assistant. Please see **Exhibit B** for biographies of each individual.

During the first year of operations, the Company acted as a consultant to five separate Issuers which collectively raised approximately $11.3 million, primarily through the SFA network. Revenues for the year were $3.00 million, generating operating income of $1.87 million. As the Company was operating as an LLC, policy was established to distribute 55% of operating income to ensure that all of the Members of the Company were adequately funded to pay their portion of the tax liabilities generated by EcoVest profits. Cash from operations available to the Company after distributions to Members was approximately $840,000. Please see **Exhibit C** for a summary table of historic financial information.

### Evolution to Product Sponsor

Following a successful initial year of operations, the board of managers determined it to be in the best interests of the Company to evolve from a consultant to a product sponsor. In this role, the Company would take on additional financial and operational risk with respect to the success of the Offerings, but would offset this risk with increased revenue streams, some of which are annuitized. As a product sponsor, EcoVest would also take on multi-year

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

management responsibilities that had not previously existed, offering the opportunity to align with the investors who remain invested in the Offerings until the end of the life-cycle of the funds.

It was determined that in order to successfully evolve to a product sponsor three key activities were required.  First, the Company would need to stabilize their supply of land and build a multi-year pipeline.  Second, the management team would need to be augmented over time to include executive level individuals experienced in product sponsor operations, product structuring and distribution within the independent broker-dealer network.  Third, the distribution syndicate within the independent broker-dealer network would need to grow in a disciplined and controlled manner.

The Company, through its consultants and attorneys, considered several high caliber joint-venture opportunities with partners who were able to provide a multi-year supply of properties that met the specific criteria required to be included in an EcoVest Offering.  The board of managers ultimately selected Ralph Teal, Jr, a successful developer from Myrtle Beach, South Carolina, to be the current best of breed joint venture partner.  The Company also hired Adam Lloyd as VP of Operations and Leila Mehrizi as Manager – Investor Relations and Compliance. These individuals came to EcoVest with a background in both product sponsors and the independent broker-dealer network.  Please see **Exhibit B** for their biographies.

With the addition of these employees, the Company began to evolve the structure of the Offerings to better align with best practices within the industry.  This move also allowed for the Company to open up the due diligence process within an expanded number of broker-dealers.

During 2013 the Company sponsored five Offerings, four of which were on a joint-venture basis with Mr. Teal.  Total equity raise for all five Offerings totaled approximately $38.6 million.  Sales primarily occurred through SFA, however, additional broker-dealers and registered investment advisory firms (RIAs) also completed due diligence, joined the syndicate and began to sell the product.  Please see **Exhibit D** for a listing of historical sales by broker dealer and RIAs. EcoVest stand-alone revenues for the year were $4.10 million, generating operating income of $2.04 million.  The Company continued its policy of distributing 55% of operating income to ensure that all of the Members of the Company were adequately funded to pay their portion of the tax liabilities generated by EcoVest profits.  Cash from operations available to the Company after distributions to Members was approximately $918,000.  Please see **Exhibit C** for a summary table of historic financial information.

Following a successful 2013, the board of managers determined that the business model as a product sponsor had been successfully proven out and needed further augmentation.  In addition, Mr. Bland had reached a decision to leave the Company to focus on his personal consulting business.  As a result, the board of managers hired Bob McCullough as SVP / CFO and Jed Linsider as VP – Investments to complete the management team alongside of Mr. Solon and

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

Mr. Lloyd.  Please see **Exhibit B** for the biography of each of these individuals.

The structure of the Offerings was further evolved, particularly with respect to fees, organization and offering costs, more thorough disclosures regarding the investment strategies in the Offerings and financial proformas included within the Private Placement Memorandum (PPM).  Furthermore, the management team reworked internal processes and operations focusing on creating efficiencies that would allow the Company to be able to bring increased levels of product to market in a timely fashion.  The international law firm Alston & Bird, LLP (A&B) was engaged as both corporate and Issuer's counsel.  This engagement was important to the strategic focus of the Company as A&B could do all of the necessary work regarding securities, disclosure, real estate development and tax.  A&B was also able to supply a tax opinion within the Offerings that met a higher standard than was already in place, which became a very important component in the due diligence and marketing process.

The board of managers also determined that the Company would benefit from the addition of an independent director.  During 2014 Herschel Kahn was added to the board of managers.  Please see **Exhibit B** for Mr. Kahn's biography.

As the Company's evolved product structure became established and the economics on a per Offering basis became consistent, the management team was able to introduce a relatively simple financial plan.  Effectively, on a per Offering basis, the Company invests between $250,000 -$350,000 in reimbursable organization and offering costs.  Upon the successful close of an Offering, the Company will not only be reimbursed for the organization and offering costs, but will also earn fees and other revenues that approximate between $1.3 million and $1.7 million, assuming the investors in the Offering elect the conservation investment strategy.  Since it requires 2 to 5 months to bring an Offering to market, a financial growth plan would require the Company to grow its cash balance year-over-year so as to have the ability to increase the number of Offerings that it can make available for sale.

During mid-2014 a recommendation was made to the board of managers to convert the Company from an LLC to a C-corporation, primarily in an effort to retain capital that otherwise would have been distributed to Members.  This recommendation was accepted, and the Company targeted a point during the year when YTD net operating income approximated $0 to enact this conversion.  In addition, as C-corporations have the ability to utilize the non-cash charitable deduction resulting from the granting of a conservation easement to offset up to 10% of taxable net income, the Company determined that it would be in its best interests to further align itself with investors and maintain a position of ownership within each Offering going forward.  Furthermore, as the Company had the ability to make a one-time tax free distribution to Members upon the conversion to a C-corporation, the board of managers declared a $750,000 distribution payable to Members during 2015.  Finally, to round out its team and ensure that the investor relations area of the business would be adequately staffed to handle the sales volume for the year, the Company hired Evelyn Saavedra as Investor Relations

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

Specialist.  Please see **Exhibit B** for her biography.

During 2014 the Company sponsored six Offerings, all on a joint-venture basis with Mr. Teal. Total equity raise for all six Offerings totaled approximately $70.7 million.  The distribution syndicate expanded as did year-on-year sales by individual financial advisors and the broker dealers who had participated in Offerings during prior years. Please see **Exhibit D** for a listing of historical sales by broker dealer and RIA. EcoVest stand-alone revenues for the year were $8.65 million, generating operating income of $3.80 million.  The Company converted to a C-corporation effective December 20, 2015, and elected to be taxed at corporate rates for the period from December 20, 2014 through December 31, 2014.  Cash from operations available to the Company after taxes is approximately $2.35 million.  Please see **Exhibit C** for a summary table of historic financial information.

**Strategic Direction**
Early into 2015 the Company began to receive increased levels of demand to perform due diligence on the product structure by several reputable independent broker-dealers, including very large networks with multiple thousands of financial advisors.  These processes have started.  As the Company continues to have growth prospects with very well established firms, a few key areas of the business need to continue to evolve in order to properly meet this demand and service these clients effectively.

On March 31, 2015 the Company terminated its relationship with its managing broker-dealer in an effort to partner with a new managing broker-dealer that has deep relationships within the firms that will likely be members of the sales syndicate going forward.  On May 26, 2015 EcoVest engaged Triloma Securities, a managing broker-dealer whose employees and principals have multiple decades of industry experience, deep relationships with the broker-dealers both currently in the syndicate and those looking to join, and solid participation in industry groups and with the regulatory bodies that oversee the securities industry.

Additionally, through 2014 the Company processed all investor subscription documents and maintained and managed all investor accounts.  With increased levels of demand it has been determined that these processes should be outsourced to a transfer agent experienced with private placements within the independent broker-dealer industry.  The Company is currently evaluating several potential partners with a target decision date of late June and target go-live date as of mid-August.  As of this point in time, the most likely candidate is DST Systems located in Kansas City, MO.

The Company currently acts as Manager to the Offerings that it has sponsored over the past two years.  In this role, the Company has the responsibility to grow the value of the 9,000 plus acres that it manages, and is incentivized to grow value by earning a promote equal to 22% of distributions available to investors.  As such, the Company has recently began to enter into agreements to perform on-site management and market studies for each property under

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

management in an effort to position all or a portion of these properties for sale. Additionally, the easement that has been placed on each of the properties contains carved-out reserved rights for limited development, which is beginning on certain properties during 2015. In certain cases revenues can be earned by the properties from other sources such as recreational licenses, timbering or carbon sequestration activities, all of which are currently being explored.

The Company currently has a pipeline of properties that exceeds $300 million of which it targets bringing between $100 and $120 million to market during 2015 in 10 – 15 Offerings. The first Offering ($10.4 million) is currently in the market, and the second Offering ($11.5 million) is expected to go into the broker-dealer due diligence process within the next few weeks.

Projected revenues for 2015 range between $15.6 million and $18.6 million, generating operating income of between $4.5 million and $5.5 million and ending cash approximating $7.5 - $8.5 million.

The management team anticipates that the number of products that can be introduced to the market will increase by 2 per year until the law of diminishing returns caps annual Offerings at 17 per year. Assuming rather conservative rates of growth in operating expenses, the Company's growth projections are as follows over the next 5 years:

**EcoVest Stand-Alone Financials**

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| ***Year-Over-Year Growth Metrics*** | | | | | | |
| Revenues | 80.1% | 21.0% | 17.4% | 15.4% | 10.1% | 5.8% |
| Expenses | 63.7% | 21.2% | 17.2% | 15.7% | 11.6% | 7.0% |
| Operating Margin | 49.0% | 49.0% | 49.0% | 48.9% | 48.2% | 47.6% |
| Cash Generated by Operations after Tax Payments | 101.0% | 20.8% | 17.6% | 15.1% | 8.5% | 4.5% |
| Operating Income Per Share | 90.23% | 20.77% | 17.63% | 15.07% | 8.53% | 4.53% |
| Book Value (A) | 112.13% | 63.84% | 45.83% | 36.16% | 28.82% | 23.39% |

(A) Assumes ending cash balance approximates book value for projections 2015 and forward. No distributions to investors included in financial projection model.

**Diversification of Product Offerings**
In addition to the core EcoVest product structure that has been discussed to this point, the Company is developing additional products to bring to market in an effort to diversify revenues, capture a different segment of the market than the core product. Current product offering under consideration include:

- Debt/Preferred Equity Income Fund
    - Sources of Capital initially to include:
        - pooled excess working capital from current core product offerings

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

- friends and family money from private investors
- public investors through private placement once fund is well established
- Capital to be deployed for
  - First or Second debt positions for development projects
  - Both Affiliated and Independent development opportunities
- Attractive risk/return profiles with short to medium time horizons
  - Annualizes Yield target of 10%+
  - Return of Capital within 3 – 5 years with an opportunity to stay in if so desired
- Benefits
  - Attractive risk/return profile versus competitive offerings
  - Additional economic substance for investors in core product should they elect to conserve property
  - Potential debt financing source for affiliated development projects

- EcoVest Opportunity Fund
  - Source of Capital
    - Accredited investor with lower income level than the core product investor
    - Investor who can benefit from some tax relief and is seeking a competitive yield/total return play
  - Vintage Fund Structure - $100 mm offering annually
  - Funds to Invest in
    - Multiple Real Estate Development Opportunities
      - Land Development
      - Vertical Home Construction
      - Multi-family development
      - Senior Housing Development
    - Two to Three Conservation Projects
  - Investment Profile
    - Similar to Typical Oil & Gas Deal blending tax savings and yield/total return
      - Superior liability structure to Oil & Gas (No General Partner Requirement)
      - Superior risk profile to Oil & Gas (Investor ownership of real assets as opposed to majority funding of Intangible Drilling Costs (IDC))
    - Targeted Return Profile
      - 75% - 100% Return of Capital in year 1 in the form of Tax Savings
      - Competitive yield of 6%-10% (depending on asset mix) per year beginning in year 3 through the life of the fund.
      - Potential IRR of 35% - 55% depending on hold period.

< CONFIDENTIAL >
**EcoVest Capital, Inc. Strategic Business Plan**
**June 15, 2015**

In addition to these new product offerings, there is a great opportunity to integrate multiple vertical business-lines that are complementary to our investment offerings. In order to support these diversified products, the Company is currently evaluating the formation of the following business lines:

- Property Management
- Land and lot development
- Homebuilding Business
- Commercial Development Joint Ventures
- Renewable Energy Joint Ventures

Management believes that many of these opportunities are scalable and can get started with relatively small capital investment requirements by the Company. In addition to revenue diversification, these vertical businesses offer the potential for significant profits as operating businesses and eventual lucrative disposition opportunities.

**Recapitalization**

In an effort to continue the positive pace of the growth of the Company, during the second quarter of 2015 the Board of Directors determined that it would be in the best interests of the Company to pursue certain steps to recapitalize the Company's ownership structure.

As discussed earlier, during mid-2014 Jeff Bland resigned from the Company to pursue growing his private consulting practice, but agreed to stay active as a member of the Board of Directors for a certain period of time after which he would agree to sell the majority of his shares and resign from the Board. On March 31, 2015, Alan Solon and Jeff Bland entered into a Purchase Agreement under which Alan agreed to purchase 319,010 shares of Jeff's EcoVest stock for $732,797 and Jeff agreed to resign from the Board of Directors. This transaction was executed on June 1, 2015, at which time Alan Solon became owner of 42.74% of the Company's shares and Jeff Bland resigned from the Board of Directors.

The Board of Directors also addressed the issue of cross-affiliation of ownership between SFA Holdings and EcoVest and determined that a mechanism should be put in place to address and reduce common ownership amongst these entities.

On May 22, 2015, a Recapitalization Agreement was entered into between the Company, Alan Solon, Clive Slovin, Herschel Kahn, and Ralph Teal, Jr. The material terms of the Recapitalization Agreement, all of which shall occur on or before December 31, 2015, are summarized below:

- Alan Solon, or his designee, will purchase all of the outstanding shares owned by Clive Slovin for $2.5 million.

< CONFIDENTIAL >
## EcoVest Capital, Inc. Strategic Business Plan
### June 15, 2015

- Alan Solon, or his designee, will pay Clive Slovin $1.5 million for the termination and extinguishment of Mr. Slovin's 5% profit sharing interest.
- Upon the close of these purchases, Clive Slovin will resign from the Board of Directors.
- Alan Solon, or his designee, will make a tender offer to the remaining EcoVest shareholders to purchase their outstanding shares at a purchase price equal to the per share purchase price to be received by Clive Slovin.  This tender offer will close contemporaneously with the purchase of Clive Slovin's shares.
- During the period from the execution of the Recapitalization Agreement through the date the transactions close, Alan Solon has agreed to not vote the shares he has purchased from Jeff Bland and all parties to the Recapitalization Agreement have agreed to restrictions on transfer of shares as well as certain standstill provisions.
- Ralph Teal, Jr. agrees to guarantee the execution of this transaction should Alan Solon, or his designee, be unable to provide cash to close the above contemplated transactions
- This guarantee has been collateralized by an escrow account of which certain assets of Ralph Teal, Jr. and Alan Solon have been contributed.

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

## Exhibit A – EcoVest Capital Shareholders

As of March 31, 2015

| # Shares | Trans Description | % Ownership |
|---:|---|---:|
| 41,500 | Mr. & Mrs. Neal Solomon | 2.60% |
| 46,051 | James Gambaccini | 2.89% |
| 35,000 | Warren Prehmus | 2.19% |
| 75,000 | Zeal Holdings, LLC | 4.70% |
| 35,000 | Murphy 2000 Trust | 2.19% |
| 87,800 | Lewis Walker | 5.50% |
| 35,000 | David Adler | 2.19% |
| 35,000 | Arthur Goldsmith | 2.19% |
| 116,550 | Ivan Killen | 7.31% |
| 362,716 | Jeffrey Bland | 22.74% |
| 362,716 | Alan Solon | 22.74% |
| 362,716 | Clive Slovin | 22.74% |
| 1,595,049 | | 100.00% |

As of June 1, 2015

| # Shares | Trans Description | % Ownership |
|---:|---|---:|
| 41,500 | Mr. & Mrs. Neal Solomon | 2.60% |
| 46,051 | James Gambaccini | 2.89% |
| 35,000 | Warren Prehmus | 2.19% |
| 75,000 | Zeal Holdings, LLC | 4.70% |
| 35,000 | Murphy 2000 Trust | 2.19% |
| 87,800 | Lewis Walker | 5.50% |
| 35,000 | David Adler | 2.19% |
| 35,000 | Arthur Goldsmith | 2.19% |
| 116,550 | Ivan Killen | 7.31% |
| 43,706 | Jeffrey Bland | 2.74% |
| 681,726 | Alan Solon | 42.74% |
| 362,716 | Clive Slovin | 22.74% |
| 1,595,049 | | 100.00% |

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

**Exhibit B – Biographies**

**Alan Solon**
**President and CEO**
Alan N. Solon, age 55, has a Bachelor of Arts from the State University of New York at Geneseo. In 2012, Mr. Solon became the Chairman, Chief Executive Officer and a Manager of EcoVest Capital, LLC, and currently serves as the President, Chief Executive Officer and a Manager of EcoVest Capital, LLC. From January 2010 to August 2012, Mr. Solon served as Chief Marketing Officer for SFA Holdings, Inc. ("SFA"), a holding company formed in February 2003 for the purpose of operating a diversified financial services business through its subsidiaries, The Strategic Financial Alliance, Inc., and SFA Insurance Services, Inc., an insurance agency, and President of its wholly-owned subsidiary Conservation Resources, Inc. From 1990 through 2010, Mr. Solon was President and CEO of Solon Group, a real estate development firm as well as Solon Advertising & Marketing, a full service, advertising and marketing agency both located in Atlanta, GA.

**Jeffrey Bland**
**Founding Board Member (resigned from Board of Directors on June 1, 2015)**
Jeffrey Bland, age 48, was born in Brooklyn, New York and attended Queens College of The City University of New York, from which he received his Bachelor of Arts degree in 1987. Mr. Bland began his career in New York and moved to Atlanta in 1991. From 1998 to 2003, he was a Senior Manager in the Atlanta office of an international accounting and consulting firm. In 2003, Mr. Bland started a firm that provided financial consulting services to a variety of clients. He served as President and Chief Operating Officer and a Managing Member of EcoVest from its inception in 2012 until the end of 2013. Mr. Bland continues to serve as member of the Board of Managers of EcoVest. Mr. Bland is a Certified Public Accountant licensed in Georgia and is a member of the American Institute of Certified Public Accountants and the Georgia Society of Certified Public Accountants. Mr. Bland is on the board of trustees of two schools and is active in other community and charitable pursuits.

**Clive Slovin**
**Board Member**
Clive Slovin, age 67, received his B.Bus.Sc. in 1970 for the University of Cape Town, South Africa, and his B.Com.(Hons) in 1971 from the same university. He worked for Deloitte & Co, an international public accounting firm, from 1971 to 1983 in South Africa and the United States, first as a chartered accountant and then as a CPA. From 1983 to 1988, Mr. Slovin served as Chief Financial Officer of Financial Service Corporation, a national financial services firm. From 1989 to 1999, he served as Chief Operating Officer of Investors Financial Group, Inc., a diversified financial services company, initially serving as Senior Vice President, then as Executive Vice President and from August 1996 as President. He became a director of IFG in

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

August 1996, and served as a member of the Board of Directors of its subsidiary, IFG Network Securities, Inc. From 2000 to 2001, Mr. Slovin was a consultant to the financial service industry through his company, Slovin Advisors, Inc. From September 2001 through May 2002, Mr. Slovin served as President of World Group Securities, Inc., a subsidiary of AEGON USA, Inc. From June 2002 through January 2003, he was a consultant through Slovin Advisors, Inc. Since 2003 Mr. Slovin has served as President and Chief Executive Officer, Chief Financial Officer, Secretary and Director of SFA and of The Strategic Financial Alliance. Mr. Slovin has been a Managing Member of EcoVest since 2012. Mr. Slovin is registered with FINRA and holds Securities Series Licenses 7, 24, 27 and 63.

**Herschel Kahn**
**Board Member**
Herschel Kahn, age 81, received his Bachelor of Business Administration from the University of Minnesota and his MBA from DePaul University. Mr. Kahn has been the owner and Managing Principal of HK Enterprises, a successful human resources consulting practice, since 1993. From 1959 to 1992 Mr. Kahn was employed by IBM where he held a series of executive level roles within IBM's Human Resources department, both domestically and internationally. Mr. Kahn was formerly an independent member of the board of directors for Servidyne, Inc, a publicly traded company listed on the NASDAQ, where he served as Lead Independent Director, Chair of the Executive Compensation Committee and as a Governance Committee Member. Mr. Kahn currently also serves as an independent member of the board of directors for HydroAir Global, Watervision Intl. and The National Foundation of Patriotism. Additionally, Mr. Kahn is the President of VuKnowledge, a software educational and skills development company for disadvantaged students.

**Robert McCullough**
**Senior Vice President and CFO**
Robert (Bob) M. McCullough, age 43, has a Bachelor of Arts from Vanderbilt University and a Masters of Business Administration with a concentration in Accounting from Georgia State University. In January 2014, Mr. McCullough became the Senior Vice President and Chief Financial Officer of EcoVest Capital, LLC. From 2008 to 2014 Mr. McCullough served as the Chief Financial Officer of Wells Real Estate Funds, Inc., a national real estate investment management company that has invested over $12 billion in commercial real estate for more than 300,000 investors in 18 publicly registered and 12 private investment programs. From 2002 to 2008, Mr. McCullough served in various financial and operational roles at Wells Real Estate Funds. Mr. McCullough also served as the Chief Financial Officer and Financial and Operations Principal for Wells Investment Securities, Inc., the wholly-owned broker-dealer subsidiary of Wells Real Estate Funds. From 1998 to 2002 Mr. McCullough worked for Arthur Andersen, LLP in the Atlanta, GA office.

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

**Adam Lloyd**
**Vice President of Operations**
Adam Lloyd, age 36, has a Bachelor of Science in Accounting and Management from Lipscomb University and a Masters of Business Administration in Finance from Georgia State University. Mr. Lloyd joined EcoVest Capital, LLC as Vice President of Operations in August of 2013. Prior to joining EcoVest, Mr. Lloyd worked as a consultant and advisor to the executive management team of a large real estate investment product sponsor through his firm Peachtree Street Advisors, LLC. From 2002 to 2012, Mr. Lloyd worked for Wells Real Estate Funds, Inc., a national real estate investment management company that has invested over $12 billion in commercial real estate for more than 300,000 investors in 18 publicly registered and 12 private investment programs. During his tenure at Wells Real Estate Funds, Mr. Lloyd served in various financial and operational roles including Financial Operations Officer, Director of Institutional Operations, Vice President of Finance, and Vice President of Financial Strategy and Analysis. Mr. Lloyd began his career working in various accounting roles at companies including Parker, Parker & Stickel, a public accounting firm in the Metropolitan Nashville, TN area, Corrections Corporation of America in Nashville, Tennessee, and Internet Security Systems, Inc. in Atlanta, Georgia.

**Jed Linsider**
**Vice President of Investments**
Jed C. Linsider, age 40, has a Bachelor of Arts from Columbia University and a Masters of Business Administration from Emory University's Goizueta School of Business. In January 2014, Mr. Linsider became the Vice President of Investments of EcoVest Capital, LLC. From 2011 to 2014 Mr. Linsider served as the Vice President of Strategy & Finance for Columbia Property Trust (f/k/a Wells Real Estate Investment Trust, II) a $5 billion publicly traded commercial office REIT where he led and directed strategic and financial planning and analysis and coordinated capital markets and investment banking activity. Prior to Columbia Property Trust, Mr. Linsider was Director of Strategic Planning and Analysis for Wells Real Estate Funds, Inc., a national real estate investment management company that has invested over $12 billion in commercial real estate for more than 300,000 investors in 18 publicly registered and 12 private investment programs. Mr. Linsider joined Wells Real Estate Funds in 2004 and through 2010, served in various financial, strategic, and new product development roles. From 1997-2003, Mr. Linsider worked in the Commercial Operations/Trading Group at Mirant Corporation, an independent power producer trading U.S. based energy commodity products.

**Ivan Killen**
**Vice President and Controller**
Ivan Killen, age 61, received a Bachelor of Science in Business Administration from the University of North Carolina – Chapel Hill in 1976. Mr. Killen is a CPA and began his career with BDO Seidman, LLP, Atlanta, Georgia, an international accounting and consulting firm. From 1982 to 2001 he served as Controller and CFO for the broker dealers, Investors Financial Group,

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

Inc. and FSC Securities, Inc., and Controller for the investment banking firm of Hereth, Orr & Jones, Inc. From 2001 to 2012, he was the Project Controller for AIG Global Real Estate Investment Corp's Atlantic Station development, a 138 acre, multi-use development in Atlanta's mid-town neighborhood and one of the largest urban brownfield redevelopments in the nation. Since 2012 he has been the Vice President of Finance and Operations of EcoVest. Mr. Killen is a Certified Public Accountant licensed in Georgia and North Carolina and is a member of the American Institute of Certified Public Accountants and the Georgia Society of Certified Public Accountants.

**Pat McQueen**
**Office Manager**
Pat McQueen joined EcoVest Capital, LLC at its inception in September 2012 as Executive Assistant to the CEO, Alan Solon. She became Office Manager in 2014. Her focus is to provide administrative excellence in support of senior team members.

Prior to moving to Georgia in 2010, she lived in Louisiana for the majority of her life. She was Volunteer Coordinator and Accounting Coordinator for 5 years at a non-profit disaster recovery organization helping south Louisiana rebuild after Hurricane Katrina. Prior to that, she spent 20 years in mortgage banking.

Pat holds an Associate of Science, Computer Science from Southeastern Louisiana University and is a Notary Public.

**Leila Mehrizi Shaver**
**Manager, Compliance and Investor Relations**
Ms. Shaver joined EcoVest in October 2013 and currently serves as Manager of Compliance and Investor Relations. She comes to EcoVest from J.P. Turner & Company, LLC, a broker dealer headquartered in Atlanta, Georgia. There she served as corporate counsel and represented the company and its registered representatives against securities related claims using alternative dispute resolution. She helped impose new due diligence and suitability standards for private placements in response to FINRA's rule changes and enforced them as member of J.P. Turner's New Products Committee. Ms. Mehrizi has also consulted with third party compliance providers and startups based in Palo Alto and San Francisco, California. Ms. Mehrizi received her Bachelor's degree from the University of Virginia and her law degree from Atlanta's John Marshall Law School. She also holds a Series 7 (General Securities) license.

**Evelyn Saavedra**
**Investor Relations Representative**
Evelyn Saavedra, age 33, has a Bachelor of Business Administration, International Business (French Minor) from the University of Georgia. Mrs. Saavedra joined EcoVest Capital, LLC as Investor Relations Representative in October of 2014. Prior to joining EcoVest, Mrs. Saavedra

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

worked as Director of Service Development for Wells Real Estate Funds, Inc., a national real estate investment management company that has invested over $12 billion in commercial real estate for more than 300,000 investors in 18 publicly registered and 12 private investment programs. Mrs. Saavedra has her Series 7 (General Securities), 63 (Uniform Securities/State Law), 24 (General Principal/Supervisory), and 99 (Operations Professional) Securities Licenses.

**Joint-Venture Partner:**

**Ralph Teal, Jr.** Ralph R. Teal, Jr., age 52, was raised in Chapel Hill, North Carolina where he attended and graduated from the University of North Carolina Chapel Hill in 1984. After graduation, Mr. Teal relocated to Myrtle Beach, South Carolina (the home of his wife Elizabeth) and they were married in December 1986. During the period 1984 – 1989, Mr. Teal worked exclusively in the marketing and sales of new homes in the Myrtle Beach area. In 1990, Mr. Teal and two long-time friends, James Callihan and Jeff Skelley formed multiple entities to build new homes and conduct real estate brokerage and vacation rental services. They successfully sold their new homes division, Pinehurst Builders, to Crossmann Communities, a publicly traded homebuilder, in 1998. After working for Crossmann Communities and completing his contractual obligations, Mr. Teal started a new coastal homebuilder, Nations Homes, which he ran until 2005 when it was sold in an asset purchase transaction to Beazer Homes USA Inc., headquartered in Atlanta, Georgia, a top ten national homebuilder with homes for sale across the United States. Mr. Teal again began a new regional homebuilder focused on specific markets in the southeastern United States, Citizens Homes, in 2009, which was recently sold to UCP, Inc. in early 2014.

Simultaneous with the growth of Nations Homes and Citizens Homes, Mr. Teal led a third business, Plantation Sales LLC, which marketed homesites to individual customers (primarily from the Northeast) in a series of planned communities in the Myrtle Beach and Hilton Head areas of South Carolina. These communities included Plantation Lakes, Cypress River Plantation, Wild Wing Plantation and Hilton Head Lakes. Plantation Sales, LLC has sold more than 3,000 homesites over a 10 year period.

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

**Exhibit C– Historical and Projected Financial Information**

**Please see separately attached**

< CONFIDENTIAL >
EcoVest Capital, Inc. Strategic Business Plan
June 15, 2015

**Exhibit D – Historical Sales by Broker-Dealer and RIAs**

| Broker-Dealer | 2012 | 2013 | 2014 |
|---|---|---|---|
| The SFA | 10,902,032 | 21,479,477 | 31,639,024 |
| Arque Capital, Ltd. | | 12,720,673 | 2,623,769 |
| Triad Advisors | - | 3,080,604 | 16,844,839 |
| First Allied Securities | | - | 3,578,836 |
| United Planners Financial Services | | - | 10,159,563 |
| Various Registered Investment Advisors | 377,000 | 1,308,509 | 5,872,440 |
| | 11,279,032 | 38,589,263 | 70,718,471 |