

2012-2013 Entity Org Chart







EcoVest Capital, Inc.- 2015 Entity Organization Chart



EcoVest Capital, Inc.- 2016 Entity Organization Chart



EcoVest Capital, Inc.- 2016 Entity Organization Chart

ECOVEST-DOJ_1204140

**EcoVest Capital, Inc.- 2016 Entity Organization Chart**



Note: All entities 100% owned except where noted.
(A) Represents ownership interest- 47.54% Economic interest
(B) Represents ownership interest- 47.68% economic interest
(C) Effective 12/31/2017, these entities merged into EcoVest Management, LLC
(D) Effective 12/31/2017, these entities merged into EcoVest Development, LLC

ECOVEST-DOJ_1204141





EcoVest Capital, Inc. - 2017 Entity Organization Chart

Note: All entities 100% owned except where noted. EcoVest Management, LLC is Manager only for all offerings. 0% ownership; Refer to Management Agreement and Development agreement.

EcoVest Management, LLC ("Manager") for all offerings. 0% ownership; Management Agreement and Development agreement only.



EcoVest Capital, Inc.- 2018 Entity Organization Chart

Note: All entities 100% owned except where noted. EcoVest Management, LLC is Manager only for all offerings. 0% ownership; Refer to Management Agreement and Development agreement.

EcoVest Management, LLC ("Manager") for all offerings. 0% ownership; Management Agreement and Development agreement only.

