1

```
                IN THE UNITED STATES DISTRICT COURT
1                FOR THE NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
2

3    UNITED STATES,                   )
                                      )
4                 Plaintiff,          )
                                      )
5              vs.                    )  Case No.
                                      )1:18-cv-05774-AT
6    NANCY ZAK, CLAUD CLARK III,      )
     ECOVEST CAPITAL, INC., ALAN N.   )
7    SOLON, ROBERT M. McCULLOUGH,     )
     RALPH R. TEAL, JR.,              )  VOLUME 1
8                                     )
                  Defendants.         )
9
                                - - -
10            Videotaped deposition of ROBERT M.

11   McCULLOUGH, taken pursuant to notice via

12   videoconference at the law offices of Covington &

13   Burling, 850 Tenth Street, N.W., Washington, D.C.,

14   on Thursday, April 29, 2021, at 9:45 a.m., before

15   Lorraine B. Marino, Registered Diplomate Reporter,

16   Certified Realtime Reporter and Notary Public.

17                              - - -
```

**Exhibit**
1397

[4/29/2021] McCullough, Robert M. (Vol. 01) (DEPOSITION)

```
 1    APPEARANCES: (via videoconference)

 2              ERIN R. HINES, ESQ.
                LAUREN A. DARWIT, ESQ.
 3              JAMES F. BRESNAHAN, ESQ.
                U.S. DEPARTMENT OF JUSTICE
 4              TAX DIVISION
                  555 Fourth Street, N.W.
 5                Washington, DC  20001
                  202-598-5869
 6                erin.r.hines@usdoj.gov
                  lauren.a.darwit@usdoj.gov
 7                james.f.bresnahan@usdoj.gov
                  for Plaintiff
 8
                ROBERT C. KHAYAT, JR., ESQ.
 9              THE KHAYAT LAW FIRM
                  75 14th Street, N.E.
10                Suite 2750
                  Atlanta, GA  30309
11                404-978-2750
                  rkhayat@khayatlawfirm.com
12                     -and-
                NILES A. ELBER, ESQ.
13              CAPLIN & DRYSDALE, CHARTERED
                  One Thomas Circle, N.W.
14                Suite 1100
                  Washington, DC  20005
15                202-862-7827
                  nelber@capdale.com
16                for Defendant Clark

17

18

19

20

21

22
```

```
 1    APPEARANCES, Cont'd.: (via videoconference)

 2              BENJAMIN J. RAZI, ESQ.
                SEAN M. AKINS, ESQ.
 3              NICHOLAS PASTAN, ESQ.
                COVINGTON & BURLING, LLP
 4                One CityCenter
                  850 Tenth Street, N.W.
 5                Washington, DC  20001
                  202-662-5908
 6                brazi@cov.com
                  sakins@cov.com
 7                npastan@cov.com
                  for Defendants EcoVest, Solon,
 8                McCullough and Teal

 9    ALSO PRESENT: (via videoconference)

10              AMANDA REINKEN,
                Litigation Tech Case Manager
11
                JOE TOWNSEND,
12              Videographer

13                        - - -

14

15

16

17

18

19

20

21

22
```

1    A.  Yes, I see that.
2    Q.  Were you ever asked this question by any
3  financial advisor, customer or prospective
4  customer?
5    A.  Was I ever asked which question?  There is
6  three.
7    ==Q.  Let's start with the first one:  Does the==
8  ==promoter already own this land?  Were you ever==
9  ==asked that question?==
10   ==A.  I don't recall specifically, but I think==
11 ==probably so.==
12   ==Q.  If you were asked that question today, how==
13 ==would you respond?==
14   ==A.  I would respond no.  All of our==
15 ==transactions had the MIPA.==
16   Q.  What about the second question:  If so,
17 why share the wealth with other investors, as
18 they don't need the cash to finance it?  Were you
19 ever asked that question?
20   A.  Not that I am aware of.
21   Q.  Sitting here today, if you were asked that
22 question, how would you respond?

[4/29/2021] McCullough, Robert M. (Vol. 01) (DEPOSITION)