IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:18-cv-5774-AT |
| ECOVEST CAPITAL, INC., et al., | : : | |
| Defendants. | : | |

## **ORDER**

Currently pending before the Court are the Report and Recommendation of Special Master on Plaintiff's Deliberative Process Privilege and Section 6103 Claims [Doc. 277], the Amended Report and Recommendation of Special Master [Doc. 308], and Amended and Corrected Report and Recommendation of Special Master [Doc. 310]. The Government and the EcoVest Defendants have each filed objections to the Special Master's Report and Recommendation ("R&R"), [Docs. 283 and 284], and responses to each other's objections, (Docs. 314 and 315). The parties are currently in the midst of briefing their motions for partial summary judgment.

At this juncture, the Court finds that it would be premature to resolve the parties' objections to the Special Master's R&R; however, in the event the parties still require a resolution to this matter, the Court will resolve the parties' objections prior to trial. Accordingly, the Court **TEMPORARILY STAYS** the Special

Master's R&R [Docs. 277, 308, and 310] and the parties' objections to the R&R [Docs. 283 and 284] pending resolution before trial.

**IT IS SO ORDERED** this 17th day of February, 2022.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**