UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY ZAK, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:18-cv-05774-AT |

## MOTION TO WITHDRAW JOHN ZIPP AS COUNSEL

Pursuant to LR 83.1(E), N. D. Ga., the EcoVest Parties (EcoVest Capital, Inc.; Alan N. Solon; Robert M. McCullough; and Ralph R. Teal, Jr.) hereby move the Court for an order withdrawing John Zipp as counsel of record for the EcoVest Parties in the above-captioned case. Mr. Zipp is departing the law firm Covington & Burling LLP. The EcoVest Parties will continue to be represented in this matter by the counsel of record identified below who have each entered an appearance.

WHEREFORE, the EcoVest Parties respectfully request that the Court grant this motion and terminate John Zipp as counsel of record in this case. A proposed order is attached.

Dated: May 5, 2022                                  Respectfully submitted,

/s/ John Zipp
Benjamin J. Razi (admitted *pro hac vice*)
Sean Akins (admitted *pro hac vice*)
Marianna F. Jackson (admitted *pro hac vice*)
Matthew V. Miller (admitted *pro hac vice*)
Nicholas Pastan (admitted *pro hac vice*)
Kandyce Jayasinghe (admitted *pro hac vice*)
Amee Frodle (admitted *pro hac vice*)
John Zipp (admitted *pro hac vice*)
Wesline N. Manuelpillai (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth St. NW
Washington, DC 20001
Tel.: (202) 662-6000
Fax: (202) 662-6291
Email: brazi@cov.com
Email: sakins@cov.com

Thomas T. Tate
Georgia Bar No. 698879
Elizabeth L. Clack-Freeman
Georgia Bar No. 126888
ANDERSON, TATE, & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
Fax: (770) 822-9680
Email: ttate@atclawfirm.com
Email: lcfreeman@atclawfirm.com