IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ECOVEST CAPITAL, INC., et al.<br><br>Defendants. | Case No. 1:18-cv-05774-AT |

### ORDER GRANTING JOINT MOTION TO STAY

On June 1, 2022, Claud Clark III and the United States (the Counterclaim Parties) filed a joint motion seeking to stay the discovery period for sixty days to allow the Counterclaim Parties to pursue settlement negotiations. For the reasons stated in the joint motion, the Court finds that the parties have shown good cause for the requested relief. Accordingly, the motion is **GRANTED,** and discovery is **STAYED** for the shorter of sixty days or until the parties have advised the Court that settlement discussions have concluded. This stay will apply only to actions to conduct noticed depositions and to enforce discovery served before the current discovery deadline. The Counterclaim Parties shall advise the Court promptly upon the conclusion of settlement discussions, whether successful or unsuccessful and

within sixty days of this Order, and the Court, upon joint motion of the parties, will enter a revised scheduling order setting new discovery and dispositive motion deadlines. The revised scheduling order shall not result in a delay of the scheduled trial.

**SO ORDERED** this <u>6th</u> day of June 2022.

_____
Hon. Amy Totenberg
Senior United States District Judge