## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ECOVEST CAPITAL, INC., et al.

        Defendants.

Case No. 1:18-cv-05774-AT

## THIRD JOINT MOTION
## TO EXTEND STAY OF COUNTERCLAIM DISCOVERY

On June 6, 2022, this Court granted the joint motion to stay counterclaim discovery filed by Claud Clark III and the United States (the Counterclaim Parties). (Doc. 395.) Later, on subsequent joint motions, the Court extended that stay through October 10, 2022. (Docs. 398, 400; *see also* Order Staying Case entered Sept. 12, 2022.)

The Counterclaim Parties remain actively engaged in settlement discussions and request one additional stay, through October 24, 2022 (or until the parties have notified the Court that settlement discussions are complete), to provide time to complete those discussions. Accordingly, to preserve judicial resources and to allow the Counterclaim Parties to focus exclusively on settlement negotiations (which

might otherwise be compromised by a discovery dispute), Mr. Clark and the United States jointly move to extend the previously granted stay of counterclaim discovery through October 24, 2022, or until the parties have advised the Court that settlement discussions have concluded. The Counterclaim Parties do not anticipate an additional extension will be required to conclude their negotiations. However, an additional extension may be necessary to allow the Government to process any formal settlement offer.

A proposed order for the Court's consideration is attached as Exhibit 1.

Respectfully submitted this 7th day of October, 2022.

DAVID A. HUBBERT
Deputy Assistant Attorney General

KHAYAT LAW FIRM

*/s/ Thomas K. Vanaskie*
THOMAS K. VANASKIE
D.C. Bar No. 1000405
BEATRIZ T. SAIZ
N.J. Bar No. 024761995
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone: (202) 305-7921
Facsimile: (202) 514-4963
Thomas.K.Vanaskie@usdoj.gov
Beatriz.T.Saiz@usdoj.gov

*/s/ Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
Georgia Bar No. 416981
Brian D. Spielman
Georgia Bar No. 596026
KHAYAT LAW FIRM
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
Telephone: (404) 978-2750
Facsimile: (404) 978-2901
RKhayat@khayatlawfirm.com
BSpielman@khayatlawfirm.com

*Counsel for Counterclaim Defendant*
*United States of America*

*Counsel for Claud Clark III*

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of

the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local

Rules of Practice for the United States District Court for the Northern District of

Georgia, specifically Times New Roman 14 pt. font.


*/s/ Thomas K. Vanaskie*
THOMAS K. VANASKIE
D.C. Bar No. 1000405
Trial Attorney, Tax Division
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

This 7th day of October, 2022.

_/s/ Thomas K. Vanaskie_
THOMAS K. VANASKIE
D.C. Bar No. 1000405
Trial Attorney, Tax Division
U.S. Department of Justice