# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ECOVEST CAPITAL, INC., et al.<br><br>Defendants. | Case No. 1:18-cv-05774-AT |

## ORDER GRANTING THIRD JOINT MOTION TO EXTEND STAY

On October 10, 2022, Claud Clark III and the United States (the Counterclaim Parties) filed a third joint motion seeking to extend the previously granted stay of counterclaim discovery through October 24, 2022, or until the parties have notified the Court that settlement discussions are complete. For the reasons stated in the joint motion, the Court finds that the Counterclaim Parties have shown good cause for the requested relief. Accordingly, the motion is **GRANTED,** and the stay of counterclaim discovery is **EXTENDED** through October 24, 2022, or until the Counterclaim Parties have advised the Court that settlement discussions have concluded.

2

**SO ORDERED** this 7th day of October, 2022.

_____
Hon. Amy Totenberg
Senior United States District Judge