IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:18-cv-5774-AT |
| ECOVEST CAPITAL, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

This matter is currently before the Court on the parties' Joint Motion to Stay All Proceedings Pending Review of Settlement Offers [Doc. 409]. For the reasons below, the parties' Joint Motion is **GRANTED IN PART** and **DENIED IN PART**.

The Court appreciates the parties' diligent work devoted to settlement matters and agrees that a formal pause in proceedings is appropriate to allow for the review process outlined in the Joint Motion. Given the uncertainty of the precise amount of time that will be required for review of the proposed settlement offers and the lengthy negotiation process to date, the Court views it as more appropriate to administratively close the case pending completion of this review process rather than to enter a stay.[1] Accordingly, the Court

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical management purposes. This order does not prejudice the rights of the parties to re-open the litigation in any manner.

**ADMINISTRATIVELY CLOSES** this matter at this time. The parties are **DIRECTED** either to file appropriate motions attendant to permanently closing the case upon finalization of the settlement process or for re-opening of the case, as appropriate, no later than January 20, 2023, or alternatively, file a status report with the Court no later than January 20th if the settlement process is still proceeding viably in the approval process.

**IT IS SO ORDERED** this 21st day of November, 2022.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**