# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ECOVEST CAPITAL, INC., et al. <br><br> Defendants. | Case No. 1:18-cv-05774-AT |

## JOINT STATUS REPORT

The United States; EcoVest Capital, Inc., Alan Solon, Ralph Teal, and Robert McCullough (collectively, "the EcoVest Parties"); and Claud Clark III respectfully submit this joint status report.

On November 18, 2022, by joint motion (ECF No. 409), the parties requested a stay of the above-referenced case while the appropriate Justice Department officials reviewed formal, separate written settlement offers submitted to the United States by the EcoVest Parties and Clark. These settlement offers, if accepted, would resolve all the claims in this case. On November 21, 2022, the Court granted in part and denied in part the parties' joint motion to stay this matter pending review of these settlement offers. (ECF No. 410.) The Court subsequently

directed the parties to provide an update to the Court on or before March 6, 2023. (ORDER by docket entry only, 1/23/23.)

The United States reports that the written settlement offers submitted by the EcoVest Parties and Clark have been accepted on behalf of the Attorney General. The United States communicated this acceptance to counsel for the EcoVest Parties and Clark on March 2, 2023. The settlement agreement provides a brief period of performance for various settlement obligations. The parties therefore jointly request that the stay continue for a definite period – until March 31, 2023 – to allow for performance of the terms of the settlement. On or before March 31, 2023, the parties will file a joint motion for entry of final judgment, along with the necessary supporting documents, for the Court's approval.

//

//

//

//

//

//

//

//

Respectfully submitted by:

Dated: March 6, 2023

s/ Richard G. Rose
GREGORY VAN HOEY
Maryland Bar
RICHARD G. ROSE
District of Columbia Bar No. 493454
HARRIS J. PHILLIPS
Massachusetts Bar No. 675603
JAMES F. BRESNAHAN II
Virginia Bar No. 80164
LAUREN A. DARWIT
Illinois Bar No: 6323788
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6619
Facsimile: (202) 514-6770

DAVID A. HUBBERT
Deputy Assistant Attorney General

RYAN K. BUCHANAN
United States Attorney
NEELI BEN-DAVID
Assistant U.S. Attorney
Georgia Bar No. 049788
Office of the United States Attorney
Northern District of Georgia
600 U.S. Courthouse
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6303
Neeli.ben-david@usdoj.gov

*Attorneys for the United States*

Dated: March 6, 2023

s/ Sean Akins
Benjamin J. Razi (admitted *pro hac vice*)
Sean Akins (admitted *pro hac vice*)
Marianna F. Jackson (admitted *pro hac vice*)
Matthew V. Miller (admitted *pro hac vice*)
Nicholas Pastan (admitted *pro hac vice*)
Kandyce Jayasinghe (admitted *pro hac vice*)
Amee Frodle (admitted *pro hac vice*)
Wesline N. Manuelpillai (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth St. NW
Washington, DC 20001
Tel.: (202) 662-6000
Fax: (202) 662-6291
Email: brazi@cov.com

Thomas T. Tate
Georgia Bar No. 698879
Elizabeth L. Clack-Freeman
Georgia Bar No. 126888
ANDERSON, TATE, & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
Fax: (770) 822-9680
Email: ttate@atclawfirm.com
Email: lcfreeman@atclawfirm.com

*Attorneys for the EcoVest Parties*

Dated: March 6, 2023

<u>s/ Robert C. Khayat, Jr.</u>
ROBERT C. KHAYAT, JR.
Georgia Bar No. 416981
BRIAN D. SPIELMAN
Georgia Bar No. 596026
75 Fourteenth Street, N.E.
Suite 2750
Atlanta, Georgia 30309
Telephone: (404) 978-2750
Facsimile: (404) 978-2901
Email: rkhayat@khayatlawfirm.com
Email: bspielman@khayatlawfirm.com

*Attorneys for Claud Clark III*

## CERTIFICATE OF COMPLIANCE

I certify that this document was formatted in Times New Roman 14 pt., in compliance with Local Rule 5.1C.

s/ Richard G. Rose