UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-05774-AT |
| | ) | |
| ECOVEST CAPITAL, INC., | ) | |
| ALAN N. SOLON, | ) | |
| ROBERT M. MCCULLOUGH, | ) | |
| RALPH R. TEAL, JR., and | ) | |
| CLAUD CLARK III, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF CLAUD CLARK III'S AMENDED
COUNTERCLAIM**

Plaintiff United States, Defendant Claud Clark III, and Defendants EcoVest

Capital Inc., Alan N. Solon, Robert M. McCullough, and Ralph R. Teal, Jr.

(collectively "the EcoVest Parties") stipulate as set forth below.

1.     On September 14, 2020, Defendant Claud Clark III filed an amended

counterclaim. (ECF No. 206).

2.     Defendant Claud Clark III hereby gives notice that, pursuant to Fed.

R. Civ. P. 41(c) and 41(a)(1)(A)(ii), he is voluntarily dismissing, with prejudice,

his counterclaim seeking damages pursuant to 26 U.S.C. § 7431. This stipulated

notice of voluntary dismissal resolves the entirety of Claud Clark III's claims

against the United States in the above-captioned case.

3.     All parties in this case, including the plaintiff United States and the
remaining defendants, stipulate to this dismissal of Claud Clark III's counterclaim.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Dated: March 13, 2023

s/ Richard G. Rose
GREGORY VAN HOEY
Maryland Bar
RICHARD G. ROSE
District of Columbia Bar No. 493454
HARRIS J. PHILLIPS
Massachusetts Bar No. 675603
JAMES F. BRESNAHAN II
Virginia Bar No. 80164
LAUREN A. DARWIT
Illinois Bar No: 6323788
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6619
Facsimile: (202) 514-6770

DAVID A. HUBBERT
Deputy Assistant Attorney General

RYAN K. BUCHANAN
United States Attorney
NEELI BEN-DAVID
Assistant U.S. Attorney
Georgia Bar No. 049788
Office of the United States Attorney
Northern District of Georgia
600 U.S. Courthouse
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6303
Neeli.ben-david@usdoj.gov

*Attorneys for the United States*

Dated: March 13, 2023

s/ Sean Akins
Benjamin J. Razi (admitted *pro hac vice*)
Sean Akins (admitted *pro hac vice*)
Marianna F. Jackson (admitted *pro hac vice*)
Matthew V. Miller (admitted *pro hac vice*)
Nicholas Pastan (admitted *pro hac vice*)
Kandyce Jayasinghe (admitted *pro hac vice*)
Amee Frodle (admitted *pro hac vice*)
Wesline N. Manuelpillai (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth St. NW
Washington, DC 20001
Tel.: (202) 662-6000
Fax: (202) 662-6291
Email: brazi@cov.com

Thomas T. Tate
Georgia Bar No. 698879
Elizabeth L. Clack-Freeman
Georgia Bar No. 126888
ANDERSON, TATE, & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
Fax: (770) 822-9680
Email: ttate@atclawfirm.com
Email: lcfreeman@atclawfirm.com

*Attorneys for the EcoVest Parties*

Dated: March 13, 2023            <u>s/ Robert C. Khayat, Jr.</u>
                                 ROBERT C. KHAYAT, JR.
                                 Georgia Bar No. 416981
                                 BRIAN D. SPIELMAN
                                 Georgia Bar No. 596026
                                 75 Fourteenth Street, N.E.
                                 Suite 2750
                                 Atlanta, Georgia 30309
                                 Telephone: (404) 978-2750
                                 Facsimile: (404) 978-2901
                                 Email: rkhayat@khayatlawfirm.com
                                 Email: bspielman@khayatlawfirm.com

                                 *Attorneys for Claud Clark III*