**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ECOVEST CAPITAL, INC., et al.

        Defendants.

Case No. 1:18-cv-05774-AT

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS ECOVEST CAPITAL, INC., ALAN SOLON, RALPH TEAL, ROBERT MCCULLOUGH, AND CLAUD CLARK III

The United States; EcoVest Capital, Inc., Alan Solon, Ralph Teal, and Robert McCullough (collectively, "the EcoVest Parties"); and Claud Clark III have negotiated the terms of a consent injunction and have filed stipulations for entry of final judgment (ECF Nos. 413 and 414). The parties have also filed a stipulated notice of voluntary dismissal regarding Clark's counterclaim against the United States (ECF No. 415).

Accordingly, the United States, the EcoVest Parties, and Clark respectfully request that the Court enter the attached (proposed) final judgments, which will resolve all remaining claims in this case.

Respectfully submitted by:

Dated:  March 13, 2023            s/ Richard G. Rose
                                 GREGORY VAN HOEY
                                 Maryland Bar
                                 RICHARD G. ROSE
                                 District of Columbia Bar No. 493454
                                 HARRIS J. PHILLIPS
                                 Massachusetts Bar No. 675603
                                 JAMES F. BRESNAHAN II
                                 Virginia Bar No. 80164
                                 LAUREN A. DARWIT
                                 Illinois Bar No: 6323788
                                 Trial Attorneys, Tax Division
                                 U.S. Department of Justice
                                 P.O. Box 7238
                                 Ben Franklin Station
                                 Washington, D.C. 20044
                                 Telephone: (202) 514-6619
                                 Facsimile: (202) 514-6770

                                 DAVID A. HUBBERT
                                 Deputy Assistant Attorney General

                                 RYAN K. BUCHANAN
                                 United States Attorney
                                 NEELI BEN-DAVID
                                 Assistant U.S. Attorney
                                 Georgia Bar No. 049788
                                 Office of the United States Attorney
                                 Northern District of Georgia
                                 600 U.S. Courthouse
                                 75 Ted Turner Drive, SW, Suite 600
                                 Atlanta, GA 30303
                                 Telephone: (404) 581-6303
                                 Neeli.ben-david@usdoj.gov

                                 *Attorneys for the United States*

Dated:  March 13, 2023          s/ Sean Akins
                                Benjamin J. Razi (admitted *pro hac vice*)
                                Sean Akins (admitted *pro hac vice*)
                                Marianna F. Jackson (admitted *pro hac vice*)
                                Matthew V. Miller (admitted *pro hac vice*)
                                Nicholas Pastan (admitted *pro hac vice*)
                                Kandyce Jayasinghe (admitted *pro hac vice*)
                                Amee Frodle (admitted *pro hac vice*)
                                Wesline N. Manuelpillai (admitted *pro hac vice*)
                                COVINGTON & BURLING LLP
                                850 Tenth St. NW
                                Washington, DC 20001
                                Tel.: (202) 662-6000
                                Fax: (202) 662-6291
                                Email: brazi@cov.com

                                Thomas T. Tate
                                Georgia Bar No. 698879
                                Elizabeth L. Clack-Freeman
                                Georgia Bar No. 126888
                                ANDERSON, TATE, & CARR, P.C.
                                One Sugarloaf Centre
                                1960 Satellite Blvd., Suite 4000
                                Duluth, Georgia 30097
                                Tel: (770) 822-0900
                                Fax: (770) 822-9680
                                Email: ttate@atclawfirm.com
                                Email: lcfreeman@atclawfirm.com

                                *Attorneys for the EcoVest Parties*

Dated:  March 13, 2023          <u>s/ Robert C. Khayat, Jr.</u>
                                ROBERT C. KHAYAT, JR.
                                Georgia Bar No. 416981
                                BRIAN D. SPIELMAN
                                Georgia Bar No. 596026
                                75 Fourteenth Street, N.E.
                                Suite 2750
                                Atlanta, Georgia 30309
                                Telephone: (404) 978-2750
                                Facsimile: (404) 978-2901
                                Email: rkhayat@khayatlawfirm.com
                                Email: bspielman@khayatlawfirm.com

                                *Attorneys for Claud Clark III*