UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>vs.<br><br>CLAUD CLARK, III,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-5774-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of United States' motion to dismiss Defendant Claud Clark, III's Counterclaim, and the court having granted said motion, and Final Judgment having been entered as to the remainder of the case, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 20th day of March, 2023.

                                                      KEVIN P. WEIMER
                                                      CLERK OF COURT

                                      By:    s/Jill Ayers
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 20, 2023
Kevin P. Weimer
Clerk of Court

By:  s/Jill Ayers
       Deputy Clerk